Table of Contents

Exhibit No. 1.        IEP 6/24/04 and notes

Exhibit No. 2.        Notes from 5/12/05 MDT meeting.

Exhibit No. 3.        Due Process Hearing Request 5/13/05

Exhibit No. 4.        DCPS Disclosure Cover Letter 6/13/05.

Exhibit No. 5         Parents' Disclosure Cover Letter 6/13/05

Exhibit No. 6         Bilingual Speech and Language Evaluation 10/29/02

Exhibit No. 7         Bilingual Speech and Language Re-evaluation 12/17/04

Exhibit No. 8         Bilingual Speech and Language Re-evaluation #2  12/17/04

Exhibit No. 9         DCPS Speech and Language Progress Report 2/14/05

Exhibit No. 10        DCPS Speech and Language Progress Final Report 6/05

Exhibit No. 11        DCPS Encounter Tracker Forms from 11/04  through 6/05

Exhibit No. 12        Parents' Written Response to DCPS Post-Hearing Submission

Exhibit No. 13        Hearing Officer's Determination 8/1/05