**DISTRICT OF COLUMBIA PUBLIC SCHOOLS**
**WASHINGTON, D.C.**
**INDIVIDUALIZED EDUCATIONAL PROGRAM**

DCPS - IEP Page 1 of 4
Additional Comments: ☐

## I. IDENTIFICATION INFORMATION

Student Name: Last _Catalán_ First _Emilio_ MI ___
Student ID _9104850_ Soc. Sec. No. ___ Age: _4_ Grade ___
Gender: ☒ M ☐ F  Date of Birth _9/1/99_  Ethnic Group _Hispanic_
Address
House No. ___ Street Name ___ Quadrant ___ Apartment # ___
_Washington, DC_
☐ Non-attending  City ___ State ___ Zip Code ___
Attending School _Rosemont Center_ Home School _J.Q. Adams ES_
☒ Elem. ☐ Mid/JHS ☐ SHS ☐ CWS /
Parent ___
Address of (if different from student): ☐ Parent ☐ Guardian ☐ Surrogate
House No. ___ Street Name ___ Quad ___ Apt. No. ___ City ___ State ___ Zip Code ___
Telephone: Home ___ Work ___

## II. CURRENT INFORMATION

Date of IEP Meeting: _6/24/04_
Date of Last IEP Meeting: _6/11/03_
Date of Most Recent Eligibility Decision: _1/22/03_

Purpose of IEP Conference:
☐ Initial IEP   ☒ Review of IEP
☐ Requested Eval.  ☐ 3yr ReEval.

Indicate Level of Standardized Assessment: ___

**ADDENDA TO BE ATTACHED AS NEEDED**
Check the appropriate box(es)

| BEHAVIOR | | TRANSPORTATION ☒ |
| ESY | | TRANSITION |

## III. LANGUAGE

| | Language | Language Used for Evaluation | Language Used in Conference | Communication Requirements |
|---|---|---|---|---|
| Student | Spanish | Spanish | n/a | native lang. |
| Parent | Spanish | n/a | Spanish | native lang. |
| Home | Spanish | n/a | n/a | native lang. |

To be completed by Office of Bilingual Education
English and Math Proficiency Assessment
Oral ___
Rdg./ Written ___
Instrument: ___
Date: ___

## IV. SPECIAL EDUCATION AND RELATED SERVICES SUMMARY

| SERVICES | SETTING GenEd SpEd Total | FREQUENCY Hr/Min D/W/M | PROVIDER (by discipline) | BEGINNING DATE mm/dd/yyyy | DURATION # wks/mos |
|---|---|---|---|---|---|
| Speech Lang Serv. | 3.5 3.5 | H W | | | 10 M |
| Physical Ther. | 1.0 1.0 | H W | Physical Therapist | 6/25/04 | 10 M |
| Speech Language | 3.45 3.45 | H W | Physical Therapist | | 10 M |
| Occupational Therapy | 1.0 | H W | Occupational Therapist | | 10 M |
| Vision Therapy | 1.0 | H W | Vision Therapist | | 10 M |
| Psych. Consult (English) | .5 | H W | Psychologist | | 1 M |
| TOTAL | | Hours Per Week | | | |

## V. Disability(ies) _Multiple disabilities_
_MD_
☐ (Check if setting is general Ed.)

Percent of time in Specialized Instruction and Related Services
☐ 0-20%   ☐ 21-60%   ☒ 61-100%
Percent of time NOT in a Regular Education Setting _100_

## VI. IEP TEAM (Participants in the development of the IEP)
Print and sign your name below.

Robin Boucher, Ph.D. - Sped Advocate
Clara R. Fuentes - Special Ed. Coord. (DCPS)
Jose T. Seijas, PT
Rosetta Jefferson, PT
Adalberto/Patricia Catalan
Vision Super: Patricia Catalan
Dwayne Richardson
Adeyinka Agagu
Suati Mckenzie
Emma Celis
Dr. Branagan
Tracy Benson
Amy Donahue, MSEd
Roxana Richardson
Faviola Ascarate  H. Heath

I AGREE with the contents of this IEP. I have had an opportunity to be involved in the development of this IEP. I have received a copy of this IEP and consent to the implementation of the services in the IEP. I have received a copy of the procedural safeguards and parent rights pertaining to special education.

Parent/Guardian Signature ___  Date ___

District of Columbia Public Schools   07-02-2001   Division of Special Education   Appendix - A   IEP Page 1 of 4

Yvette Gilliard / Y. Gilliard, PS
Holstien Heyliger   Holstien Heyliger   Special Ed. Teacher

Student Name: Catalin, Emilio
Student ID Number: 9104650
DOB: 9/1/99
Managing School: J.O. Adams E.S.
Attending School: Piermont Center
DCPS Page 2 of

### VII. Present Educational Performance Levels in Areas Affected by the Disability

Additional Comments: ☐

**Academic Areas: (Evaluator)**

Math Strengths:

Impact of disability on educational performance in general education curriculum:

Reading Strengths:

Impact of disability on educational performance in general education curriculum:

Score(s) When Available
- Math Cal.
- Math Rea.
- See goal page:
- Date:
- Rdg. Com
- Rdg. Basic
- Written Ex.
- See goal page:
- Date:

**Communication (Speech & Language) (Evaluator):** Speech/Language Ms. Brenigan
Strengths:

Impact of disability on educational performance in general education curriculum:

Score(s) When Available
- Exp. Lang.
- Rec- Lang.
- Artic
- Voice
- Fluency
- Exp. Voc.
- Rec. Voc.
- See goal page:
- Date:

**Motor/Health (Evaluator):** Adeyinka Ayagu OTR/L
Strengths:
Gross motor: Strengths with ___
Fine motor: Emilio is able to string medium-large beads.

Impact of disability on educational performance in general education curriculum:
Gross motor: Modify environment to prevent falls. Use safety helmet
Fine motor: He demonstrates difficulty in tracing his name, and forming the alphabets

Score(s)/Results When Available

See goal page:
Date:

**Social Emotional Behavioral Areas: (Evaluator)**
Strengths:
The child is very easy-going, soft and tranquil.

Impact of disability on educational performance in general education curriculum:
He has difficulty with attention and concentration. He presents frequently emotional changes.

Score(s) When Available

See goal page:
Date:

**Cognitive/Adaptive Behavior: (Evaluator)**
Strengths:

Impact of disability on educational performance in general education curriculum:

Score(s) When Available

See goal page:
Date:

**Prevocational Skills: (Evaluator)**
Strengths:

Impact of disability on educational performance in general education curriculum:

Score(s) When Available

See goal page:
Date:

06/22/2004  14:35   3017542~~5                MREHAB                                      PAGE  02
06/22/2004  09:11   20226  _36              ROSEMOUNT CENTER                              PAGE  02

Student Name: **Catalán, Emilio**         Managing School: **J.Q. Adams ES**      DCP..
Student ID Number: **9104850**   DOB **9/1/99**   Attending School: **Rosemont Center**   Page 2 of

### VII. Present Educational Performance Levels in Areas Affected by the Disability      Additional Comments: ☐

**Academic Areas: (Evaluator)**                                                Score(s) When Available
Math Strengths:                                                                Math Cal. _____
                                                                               Math Rea. _____
Impact of disability on educational performance in general education curriculum:   See goal page: _____
                                                                               Date: _____

Reading Strengths:                                                             Rdg. Com _____
                                                                               Rdg. Basic _____
Impact of disability on educational performance in general education curriculum:   Written Ex. _____
                                                                               See goal page: _____
                                                                               Date: _____

**Communication (Speech & Language) (Evaluator)** _Speech/Language M. Branigan_    Score(s) When Available
Strengths:                                                                     Exp. Lang. _____
_Comprehension: identifies category pix's (body, zoo, clothes, parts)_         Rec. Lang. _____
_follows 1 step commands. Has concept of one, big/small, wet/dry. Express_     Artic _____
_Lang: Has echolalia, uses 2 word phrases occasionally uses one word_          Voice _____
_to communicate. counts to 10. uses negation. Feeding/oral motor OK_           Fluency _____
Impact of disability on educational performance in general education curriculum:   Exp. Voc. _____
_Limited expressive language (uses 1 (one) word to communicate_                Rec. Voc. _____
_with occasional use of 2 words) and comprehension of only_                    See goal page: _____
_one step commands limits ability to follow directions in_                     Date: _____
_class and cannot share ideas or communicate to teacher &_
                                                            _peers, wants, needs._

**Motor/Health (Evaluator)** _Adeyinka Ayogu OTR/L_                            Score(s)/Results When Available
Strengths:
Gross motor:
Fine motor: _Emilio is able to string medium-large beads._
Impact of disability on educational performance in general education curriculum:
Gross motor:                                                                   See goal page: _____
Fine motor: _He demonstrates difficulty in tracing his name, and forming the alphabets_   Date: _____

**Social Emotional Behavioral Areas: (Evaluator)**                             Score(s) When Available
Strengths:                                                                     _____
                                                                               _____
Impact of disability on educational performance in general education curriculum:   See goal page: _____
                                                                               Date: _____

**Cognitive/Adaptive Behavior: (Evaluator)**                                   Score(s) When Available
Strengths:                                                                     _____
                                                                               _____
Impact of disability on educational performance in general education curriculum:   See goal page: _____
                                                                               Date: _____

**Prevocational Skills: (Evaluator)**                                          Score(s) When Available
Strengths:                                                                     _____
                                                                               _____
Impact of disability on educational performance in general education curriculum:   See goal page: _____
                                                                               Date: _____

District of Columbia Public Schools    07-02-2001    Division of Special Education    Appendix - A    IEP Page 2 of 4

| Student Name | Catalán, Emilio | Managing School | ~~Adams~~ ES | DCPS - IEP |
|---|---|---|---|---|
| Student ID Number | 9104850  DOB 9/1/99 | Attending School | Rosemont Center | Page 3 of 4 |

**VIII. SPECIALIZED SERVICES**   Additional Comments:                            Goal Number: ☐

Area addressed by goal: __Math Readiness- Academic__

**ANNUAL GOAL:** (including mastery criteria.)

Emilio will increase math readiness skills by at least one year's growth by mastering the following short-term objectives with 80% accuracy, 8 out of 10 trials.

Provider(s): __Special Education teacher__

Consider audience, behavior, condition, degree and evaluation.

| SHORT-TERM OBJECTIVES (include mastery criteria or benchmarks) | Date Mastered | Evaluation Schedule |
|---|---|---|
| Emilio will rote count from 1-20 when asked with 80% accuracy, 8 out of 10 trials | | monthly |
| Count orally the number of items in a set (up to 20 concrete items) with 80% accuracy, 8 out of 10 trials | | monthly |
| match correct number of objects to a pictorial representation and number symbols, up to 10 with 80% accuracy, 8 out of 10 trials | | monthly |
| retrieve by extracting the requested number of objects (1-20) in response to request with 80% accuracy, 8 out of 10 trials | | monthly |
| | | |
| | | |

**EVALUATION PROCEDURE(S)**

Portfolio   Log   Chart   Test   (Documented Observation)   Report   Other _____

| Student Name | Catalá, Emilio | Managing School | J Adams ES | DCPS - IEP |
|---|---|---|---|---|
| Student ID Number | 9104850  DOB 9/1/99 | Attending School | Rosemont Center | Page 3 of 4 |

**VIII. SPECIALIZED SERVICES** — Additional Comments:    Goal Number: ☐

Area addressed by goal: **Reading Readiness - Academic**

**ANNUAL GOAL:** (including mastery criteria.)

Emilio will increase prereadiness skills in reading readiness by at least one year's growth by mastering the following short term objectives with 80% accuracy, 4 out of 5 trials

Provider(s): **Special Education teacher**

Consider audience, behavior, condition, degree and evaluation.

| SHORT-TERM OBJECTIVES (include mastery criteria or benchmarks) | Date Mastered | Evaluation Schedule |
|---|---|---|
| Emilio will choose specified color for a coloring task ("color the car red") with 80% accuracy, 4 out of 5 trials | | monthly |
| discriminate if two geometric shapes (circle, square, rectangle, diamond) are different or the same with 80% accuracy, 4 out of 5 trials | | monthly |
| discriminate visually by finding likenesses in patterns of shapes with 80% accuracy, 4 out of 5 trials | | monthly |
| name most body functions [parts] with 80% accuracy, 4 out of 5 trials on himself and from pictures and by prompt | | monthly |
| will be able to follow through directive to | | |
| Emilio will identify colors with tasks such as association of colors with specific objects with an 80% accuracy. | | monthly |

**EVALUATION PROCEDURE(S)**

(Portfolio)    Log    Chart    Test    (Documented Observation)    Report    Other _____

Student Name: Catalan, Emilio
Student ID Number: 9104850   DOB: 9/1/99
Managing School: J.J Adams ES
Attending School: Rosemont Center
DCPS - IEP
Page 3 of 4

**VIII. SPECIALIZED SERVICES**   Additional Comments:   Goal Number:

Area addressed by goal: Communication

**ANNUAL GOAL:** (Including mastery criteria.)

Improve Expressive Language Skills

Provider(s): SLP

Consider audience, behavior, condition, degree and evaluation.

| SHORT-TERM OBJECTIVES (include mastery criteria or benchmarks) | Date Mastered | Evaluation Schedule |
|---|---|---|
| Emilio will use 2 word combinations to communicate; criteria is MLU 2.0. | | monthly |
| Emilio will use Noun + Verb + qualifier sentences in structured situations to describe pictures. | | monthly |
| Emilio will diminish echolalic behavior as per teacher/mother report. | | monthly |
| | | |
| | | |
| | | |

**EVALUATION PROCEDURE(S)**
Portfolio   (Log)   Chart   Test   (Documented Observation)   Report   Other: Mother report of diminish echolalia

District of Columbia Public Schools    07-02-2001    Division of Special Education    Appendix - A    IEP Page 3 of 4

| Student Name | Catalá, Emilio | Managing School | J. Adams ES | DCPS - IEP |
|---|---|---|---|---|
| Student ID Number | 9104850  DOB 9/1/99 | Attending School | Rosemont Center | Page 3 of 4 |

**VIII. SPECIALIZED SERVICES**   Additional Comments:                                Goal Number:

Area addressed by goal: _Communication_

ANNUAL GOAL: (including mastery criteria.)

> Improve language comprehension

Provider(s): SLP.

Consider audience, behavior, condition, degree and evaluation.

| SHORT-TERM OBJECTIVES (include mastery criteria or benchmarks) | Date Mastered | Evaluation Schedule |
|---|---|---|
| Emilio will follow 2 step unrelated directions with 80% acc. in 8/10 trials. | | monthly |
| Emilio will follow 2 step RELATED directions with 80% acc in 8/10 trials. | | monthly |
| Emilio will comprehend & Respond to a) Yes-no questions  b) Who.  c) What.  d) Where. | | monthly ↓ |
| Emilio will comprehend descriptive concepts - (size, color, etc) 10 new concepts | | monthly |

**EVALUATION PROCEDURE(S)**
Portfolio   [X] Log   Chart   Test   (Documented Observation)   Report   Other _____

District of Columbia Public Schools    07-02-2001    Division of Special Education    Appendix - A    IEP Page 3 of 4

| Student Name | Catalán, Emilio | Managing School | J. Adams ES | DCPS - IEP |
|---|---|---|---|---|
| Student ID Number | 9104850   DOB 9/1/99 | Attending School | Rosemont Center | Page 3 of 4 |

**VIII. SPECIALIZED SERVICES**   Additional Comments:   Goal Number: [ ]

Area addressed by goal: **Communication**

ANNUAL GOAL: (including mastery criteria.)

> Improve voice/resonance skills & articulation (Emilio has a velocardio-facial syndrome).

Provider(s): SLP

Consider audience, behavior, condition, degree and evaluation.

| SHORT-TERM OBJECTIVES (include mastery criteria or benchmarks) | Date Mastered | Evaluation Schedule |
|---|---|---|
| Emilio will reduce nasal resonance through improved velopharyngeal closure. | | quarterly |
| a) Blowing exercises  b) Imitate words without nasalizing non-nasal sounds. | | quarterly |
| Emilio will spontaneously change rate, intonation & intensity (suprasegmental) when naming words. | | |
| a) with SLP support (visual) | | monthly |
| b) without SLP support. | | monthly |
| Emilio will produce the sounds: /g/, /d/, and /f/ in words at the initial & medial position with 80% acc. | | quarterly |

EVALUATION PROCEDURE(S)
Portfolio   (Log)   Chart   Test   (Documented Observation)   Report   Other _____

| Student Name: Emily Atalan | Managing School: J. Adams ES | DCPS - IEP |
|---|---|---|
| Student ID Number: 9104850   DOB: 9/1/98 | Attending School: Rosemont Center | Page 3 of 4 |

**VIII. SPECIALIZED SERVICES**    Additional Comments:    Goal Number: 

Area addressed by goal: **Physical Therapy**

**ANNUAL GOAL:** (including mastery criteria.)

Normalize gross motor skills to chronological age.

Provider(s): ~~[scratched out]~~ ~~[scratched out]~~ Physical Therapist, Spe-

Consider audience, behavior, condition, degree and evaluation.

| SHORT-TERM OBJECTIVES (include mastery criteria or benchmarks) | Date Mastered | Evaluation Schedule |
|---|---|---|
| Catch tennis ball from 8 ft with both hands 8/10 | | monthly |
| Climb on playground equipment to top her independently | | monthly |
| Stair climbing step over step without rail 8/10 | | monthly |
| Stair descending step over step without rail 8/10 | | monthly |
| Shuffle run softs c normal trunk alignment and coordination patterns 2/3 | | monthly |
| | | |

**EVALUATION PROCEDURE(S)**

Portfolio    Log    Chart    Test    (Documented Observation)    (Report)    Other _____

| Student Name | Emilio Catalin | Managing School | Adams ES | DCPS - IEP |
|---|---|---|---|---|
| Student ID Number | 9104850  DOB 9-01-99 | Attending School | Rosemount Center | Page 3 of 4 |

**VIII. SPECIALIZED SERVICES**  Additional Comments: ☐  Goal Number: ☐

Area addressed by goal: Fine Motor Skills / Bilateral Skills

**ANNUAL GOAL:** (including mastery criteria.)

Emilio will show his functional shoulder arm and hand control, visual-motor skills, and bilateral skills for greater success with fine motor skills, at least 80% of the time.

Provider(s): OT

Consider audience, behavior, condition, degree and evaluation.

| SHORT-TERM OBJECTIVES (include mastery criteria or benchmarks) | Date Mastered | Evaluation Schedule |
|---|---|---|
| ① Will demonstrate more mature grasp of the writing implement while writing spontaneously. 70% of the time without guidance. | | quarterly |
| ② Will form a cross 3/4 trials by drawing, tracing or textually (with paper, pencil, crayon, such as clay, play-dough) | | quarterly |
| ③ Will complete 4-5 pc non-interlocking puzzles with min trial/error approach (2 attempts per sha) | | quarterly |
| ④ Will use one hand to open/close scissors 5 times and snip edge of paper 3-4 times given assistance for holding the paper. 3/4 trials | | quarterly |
| ⑤ Will stabilize toys/objects with one hand while working with the other hand. 3/4 trials | | quarterly |
| ⑥ Will complete 10-15 piece interlocking puzzles with min assist in 4 out 5 trials | | quarterly |

**EVALUATION PROCEDURE(S)**

☐ Portfolio  ☐ Log  ☐ Chart  ☐ Test  ☒ Documented Observation  ☐ Report  ☐ Other _____

District of Columbia Public Schools   07-02-2001   Division of Special Education   Appendix - A   IEP Page 3 of 4

DEV 3-03

INDIVIDUALIZED EDUCATION PROGRAM UPO HEAD START

| SOCIAL EMOTIONAL BEHAVIORAL AREAS |
|---|
| EVALUATOR |
| STRENGTHS<br>The child is very easy-going, soft and Tranquil. |
| IMPACT OF DISABILITY [IES] ON EDUCATIONAL PERFORMANCE IN HEAD START CURRICULUM<br>He has difficulty with attention and Concentration. He is very distracted. He presents frecuently emotional changes. |
| TYPES OF ACCOMMODATIONS, IF ANY, ARE NEEDED FOR THIS STUDENT TO MAKE EFFECTIVE PROGRESS?<br>The child needs a personalized education for his special needs. |
| TOOLS UTILIZED: |
| TEST SCORES: |

Student's Name: EMILIO CATALAN   DOB: 9/1/1999.

IEP Date: 06/24/04

8

| Student Name | Catalan Emilio | Managing School | J.Q. Adams ES | DCPS - IEP |
|---|---|---|---|---|
| Student ID Number | 9104850  DOB 9/1/99 | Attending School | Rosemont Center | Page 4 of 4 |

**Additional Comments:**

**IX. LEAST RESTRICTIVE ENVIRONMENT (LRE) DETERMINATION**
**SERVICE ALTERNATIVES**

Can curricular modification, accommodation and/or supplemental aids and services be used for a LRE setting in regular education?   Yes   (No)

Explanation for removal out of regular education classroom.

Emilio requires small, structured environment to accommodate for disabilities. He requires interventions that cannot be met in the general education classroom.

**X. Supplementary Aids and Services**

| Classroom Needs (Do not name products or companies.) | SETTING GenEd | SpEd | Total | FREQUENCY Hr./Min | D/W/M | PROVIDER (by discipline) | BEGINNING DATE (mm/dd/yyyy) |
|---|---|---|---|---|---|---|---|
| air cushion disc | | 27.5 | 27.5 | H | W | all service people | |
| helmet | | 27.5 | 27.5 | H | W | all service people | |
| picture based comm supp | | 27.5 | 27.5 | H | W | all service people | |
| computer touchscreen | | 27.5 | 27.5 | H | W | all service people | |

Check and list modifications and/or accommodations for <u>testing</u>:   None needed
Timing/Scheduling:
Setting:
Presentation:
Response:
Equipment:

**XI. STATE AND DISTRICT ASSESSMENTS:**
Level I  Tested with non-disabled peers under standard conditions without accommodations.
Level III  (Describe non-uniform conditions for level III) Tested under non-standard conditions with permissible accommodations
Level V  Portfolio: _____

Level II  (Describe accommodations for level II) Tested under standard conditions with special accommodations.
Level IV  (Describe the alternative assessment)

**XII. Areas Requiring Specialized Instruction and Related Services:**   Modifications:

(Reading)           Physical/Sensory        Transition           Language Arts/English
(Mathematics)       Social Emotional        Vocational           Social Sciences
(Written Expression) Physical Development   Independent Living   Biological & Physical Sciences
(Other:) Vision, Occupational Therapy, (Speech/Language)        Fine Arts
None        Apply annual goal(s), objectives and/or modifications to address barriers in each area checked above.

**XIII. PLACEMENT CONSIDERATIONS AND JUSTIFICATION**

| DESCRIBE CONSIDERATIONS | ACCEPT/REJECT REASONS | POTENTIAL HARMFUL EFFECTS |
|---|---|---|
| general edu setting | reject | school failure |
| combination general ed / resource | reject | school failure |
| out of general ed. | accept | time away from non-disabled peers |

Modification(s)/Accommodation(s) to address the harmful effects:

Emilio needs specific scheduling to accommodate for special education sessions.

Location for Services [ ]

District of Columbia Public Schools    07-02-2001    Division of Special Education    Appendix - A    IEP Page 4 of 4

DISTRICT OF COLUMBIA PUBLIC SCHOOLS
WASHINGTON, D.C.

MULTIDISCIPLINARY TEAM
(MDT)
MEETING NOTES

MDT

MDT REFERRAL DATE: _____

STUDENT: Catalón Emilio   SCHOOL: Adams ES   DATE: 6/24/04

| PARTICIPANTS: (Print Name) | PARTICIPANTS: (Sign Name) | POSITION |
|---|---|---|
| Patricia Catalan | Patricia Catalan | Mother |
| Adalberto Catalan | | Father |
| Holshien Heyligan | Holshien Heyligan | Special Ed Teacher |
| Robin Boucher, Ph.D. | Robin Boucher | Sp. Ed. Advocate |
| Roxanne Richardson | Roxanne Richardson | Vision Prog. coordinator |
| Renato Mutuyu | Renato Mutuyu | 6/24/04 |
| Alma L. Fuentes | Alma L. Fuentes | Special Education Coordinator - Adams ES |

Purpose of Meeting:
Above MDT members met to complete/finalize IEP annual review initiated on 6/15/04 to discuss Emilio's progress in academic and vision services. Also, MDT will discuss placement recommendation for SY 2004-05.

Parents attended meeting with legal counsel. Parent counsel waived presentation of DCPS Procedural Safeguards Manual regarding Special Education document to parents which was issued in Spanish during prior IEP Review meeting (6/15/04). Ms. Boucher stated informing parent's of their rights.

MDT proceeded to revise Vision Therapy and Specialized Instruction services for Emilio.

DISTRICT OF COLUMBIA PUBLIC SCHOOLS
WASHINGTON, D.C.

MULTIDISCIPLINARY TEAM
(MDT)
MEETING NOTES

MDT

MDT REFERRAL DATE: _____

STUDENT: _Catalán Emilio_   SCHOOL: _Adams ES_   DATE: _6/24/04_

| PARTICIPANTS: (Print Name) | PARTICIPANTS: (Sign Name) | POSITION |
|---|---|---|
| | | |
| | | |
| | | |
| Roxanne Richardson | Roxanne Richardson | vision program coordinator |
| | | |
| | | |

Vision Therapy Report (R. Richardson - DCPS)
It is requested that Emilio receives another vision assessment to determine his vision needs in the classroom and at home. I would like to meet with Emilio's opthalmologist at Children's Hospital to discuss what Emilio sees and what he has difficulty seeing. Roxanne Richardson (Vision program coordinator)

Recommendation:
Based on progress reports presented, vision goals/objectives were revised and presented to parents. MDT agreed with recommendations for visual organization, discrimination, and tolerance to hand over hand assistance.
Functional Vision Evaluation will be ordered (DCPS) to determine Emilio's current vision needs.

DISTRICT OF COLUMBIA PUBLIC SCHOOLS
WASHINGTON, D.C.

MULTIDISCIPLINARY TEAM
(MDT)
MEETING NOTES

MDT

MDT REFERRAL DATE: _____

STUDENT: Catalon Emilio   SCHOOL: Adams ES   DATE: 6/24/04

PARTICIPANTS: (Print Name)   PARTICIPANTS: (Sign Name)   POSITION

Regular Education Teacher Report (Rosemount)
Emilio shows interest in listening to stories. He will pick up a book, conventionally look at pages and turn them. Point to objects in classroom, and home naming the colors. Emilio responds to simple, direct, conversational sentences. Emilio now can use 2 word phrases. Emilio has increased his vocabulary. Emilio initiates play with other children.

Recommended goals/objectives for reading & math pre-readiness presented to parents and approved by all MDT members.

Summary: Based on documentation reviewed and reports of progress discussed, the MDT determined that Emilio continues to qualify for Special education services as a Child with Multiple Disabilities - Developmental Delay, Other Health

Impairment, Vision Impairment and Speech/Language Impairment (MD-DD, OHI, VI, SLI).

DISTRICT OF COLUMBIA PUBLIC SCHOOLS
WASHINGTON, D.C.

INDIVIDUALIZED EDUCATION PROGRAM
(IEP)
MEETING NOTES

STUDENT: Catalán Emilio    SCHOOL: Adams ES    DATE: 6/24/04

PARTICIPANTS:            PARTICIPANTS: (Sign Name)            DISCIPLINE

Recommendations:
Student Evaluation Plan (SEP) developed to order (DCPS) following assessments:
- Speech/Language Screening Evaluation to quantify ecolalia
- Assisted Technology Reevaluation
- Medical Plan Review upon receipt of pediatrician's update report, copy of which parent agreed to provide DCPS. Meanwhile, MDT agreed to continue/extend IEP's Medical Plan attachment dated 6/11/03 pending review of forthcoming M.D. update.

IEP Plan for SY 2004-05 will consist of the following:
Physical Therapy (PT) for 1 Hour/week
Speech/Language Therapy for 3 x 45 min/week
Occupational Therapy (OT) for 1.0 Hours/week
Vision Therapy (1.0 Hours/week)
Specialized Instruction for 21.75 (21 Hours 45 mins)/week
Psychological Counseling for .5 Hours/week / 1 MONTH ONLY.

DISTRICT OF COLUMBIA PUBLIC SCHOOLS   07-02-2001   DIVISION OF SPECIAL EDUCATION   IEP MEETING NOTES

Total Hours of Special Education Services/week (including Psychological Counseling) = 27.5 Hours. Upon review of Psychological Counseling Service (Oct. 2003) if discontinued, Specialized Instruction Service will increase to 22.25 Hours/week or 22 Hours 15 min.

DISTRICT OF COLUMBIA PUBLIC SCHOOLS
WASHINGTON, D.C.

INDIVIDUALIZED EDUCATION PROGRAM
(IEP) & MDT
MEETING NOTES

STUDENT: Catalón Emilio  SCHOOL: Adams ES  DATE: 6/24/04

PARTICIPANTS: _____  PARTICIPANTS: (Sign Name) _____  DISCIPLINE _____

No ESY Services recommended by Rosemount Center. Parents will continue taking Emilio to Rosemount until August 2004. Transportation Services from/to school will be provided by DCPS.

Placement Discussion:
MDT proceeded to discuss DCPS placement recommendation for Sharpe Health Center. Mr. & Mrs. DCPS reported outcome of telephone contact with Mrs. Catalón in October 2003 to inquire about their (parent's) decision to accept/reject DCPS proposed placement (Sharpe Health) in June 2003. At the time, Sharpe Health informed Adams ES that Emilio had not attended ESY program during summer 2003 nor registered for SY 2003-04. During telephone conversation with Mrs. Catalón in October 2003, she reported not having visited proposed school yet.
In March 2004 a new telephone contact was established

DISTRICT OF COLUMBIA PUBLIC SCHOOLS  07-02-2001  DIVISION OF SPECIAL EDUCATION  IEP MEETING NOTES

DISTRICT OF COLUMBIA PUBLIC SCHOOLS
WASHINGTON, D.C.

INDIVIDUALIZED EDUCATION PROGRAM
(IEP)
MEETING NOTES

STUDENT _____   SCHOOL Adams ES   DATE: 6/24/04

PARTICIPANTS:                PARTICIPANTS: (Sign Name)            DISCIPLINE

... with parent (Mrs. Catalán) to discuss meeting dates for annual IEP review due 6/11/04. Mrs. Catalán informed that she & her husband had visited Sharpe Health and rejected the placement because they did not agree with the groups in which Emilio was going to be placed. Mrs. Catalán was asked to write a letter indicating and explaining their decision to DCPS to reconvene and explore other placement options.

Mr. Catalán explained his and his wife's decision to reject proposed DCPS school (Sharpe Health) because groups where he would be placed consisted of students more physically/mentally disabled than Emilio (wheelchair bound, unable to feed themselves). According to Mr. Catalán, he and his wife fear Emilio will likely regress in his current skills if placed in such grouping.

DISTRICT OF COLUMBIA PUBLIC SCHOOLS   07-02-2001   DIVISION OF SPECIAL EDUCATION   IEP MEETING NOTES

DISTRICT OF COLUMBIA PUBLIC SCHOOLS
WASHINGTON, D.C.

MULTIDISCIPLINARY TEAM
(MDT)
MEETING NOTES

MDT

MDT REFERRAL DATE: _____

STUDENT: Catalón Emilio   SCHOOL: Adams ES   DATE: 6/24/04

PARTICIPANTS: (Print Name)     PARTICIPANTS: (Sign Name)     POSITION

Placement Discussion Continued:

MDT recommended parents and advocate to coordinate meeting with Principal and Related Service providers @ Sharpe Health prior to Sept. 2004 to re-address Emilio's group placement for SY 2004-05 in light of the reports/observations about his current performance & progress in addition to updated medical information regarding his physical conditions. MDT discussed whether Sharpe Health is an appropriate placement as all services will be centralized and a school physician/school nurse will be available at all times to provide support/aid as needed. Parent's attorney indicated exploring other school's through the summer for parents to have alternatives to choose from as DCPS has no other school's to propose.

Prior Notice to Sharpe Health Center issued for SY 2004-05.