DISTRICT OF COLUMBIA PUBLIC SCHOOLS
WASHINGTON, D.C.

INDIVIDUALIZED EDUCATION PROGRAM
(IEP)
MEETING NOTES

STUDENT: Emilio Catalan   SCHOOL: Tubman ES   DATE: 5/12/05

| PARTICIPANTS: | PARTICIPANTS: (Sign Name) | DISCIPLINE |
|---|---|---|
| Patricia Catalan | Patricia Catalan | Mother |
| Riffat Rasul | Riffat Rasul | SPED Teacher |
| Corinne Rubin | C Rubin OTR/L | OT |
| Jessica Ouellette | Jessica Ouellette | PT |
| Claudina Barrera | Cauda B | SLP |
| Heather Williams | W | Social Worker |
| Juan Fernandez | Patricia Catalan | Advocate |
| Bridgett Morse | Bridgett Morse | LEA Rep |
| Bridgett Morse | Bridgett Morse | Principal's Designee |
| [illegible] | [illegible] | [illegible] |
| Ann J Checkley | A Checkley | Vision Specialist |

Introductions were made and Spanish version of Procedural Safeguards were offered. This meeting was called to review Emilio's Annual IEP goals. The goals in the current IEP were reviewed and Emilio's progress in each area was discussed. It was determined that Emilio still needs to work on some goals from last year and these goals from last year and these goals will be incorporated into new IEP.

Disability: Multiple Disabilities (DD, OHI)

Services: Specialized Instruction, Speech/Lang, OT, PT

Standardized Testing Level: V

Accommodations/Modifications: small group

The IEP team agrees that placement will be Tubman School.

DISTRICT OF COLUMBIA PUBLIC SCHOOLS   07-02-2001   DIVISION OF SPECIAL EDUCATION   IEP MEETING NOTES

DISTRICT OF COLUMBIA PUBLIC SCHOOLS
WASHINGTON, DC

MDT REFERRAL DATE: _____

MULTIDISCIPLINARY TEAM (MDT)
CONTINUATION MEETING NOTES
MEETING TYPE: Annual IEP Review

Page: 2 of 7

STUDENT: Emilio Catalan    SCHOOL: Tubman ES    DATE: 5/12/05

Ms. Ouellette indicated that Emilio's most recent eval was completed in 2003. Emilio has made a lot of progress, but after his hospitalization his endurance has decreased. The goals that were established by the previous PT to catch a tennis ball has not been mastered - he can catch a large ball. She will hold his hand when he climbs to top of playground equipment for safety. He is physically able to do this on his own. Emilio requires reminders to switch/alternate feet when coming down stairs. When he runs he doesn't rotate his trunk, this may be due to his low muscle tone. Emilio is working on a therapy ball for trunk control. Emilio often walks very close to the wall. The advocate asked about current level of service - 2x30 minutes per week. Ouellette also asked parent to remind him to switch feet going up/down stairs. Parent reported he likes to play ball. She uses a soft ball. She also advised that Emilio use a backpack next year. Parent asked to allow him to practice at home. Ms. Ouellette stated that part of his disability may be hyperactivity and self-stimulation.

DISTRICT OF COLUMBIA PUBLIC SCHOOLS
WASHINGTON, DC

MDT REFERRAL DATE

MULTIDISCIPLINARY TEAM (MDT)
CONTINUATION MEETING NOTES
MEETING TYPE: Annual IEP Review

Page 3.7

STUDENT: Emilio Catalan    SCHOOL: Tubman ES    DATE: 5/12/05

Speech and Language Notes:

Explanation of services and goals targeted during therapy were explained. Work during therapy has been devoted to increasing utterance length, descriptive concepts, verb concepts, and diminishing echolalic behaviors. Results of PLS-4 administered on 12/04 were discussed. For the record, the 12/04 was not a full speech evaluation but the administration of only one formal test to comply with request that Emilio be re-screened for speech and language. Results from last formal speech and language evaluation were briefly discussed on that evaluation he was reportedly presented as a non-verbal child with receptive language skills at the 8 month level and expressive language skills at the 6 month level. Results of 12/04 test administration revealed solid expressive language skills at the 2.0-2.5 age range and scattered skills up to the 3.6 age range.

WASHINGTON, DC

MD: REFERRAL DATE: _____   MULTIDISCIPLINARY TEAM (MDT)   Page 4 of 7
CONTINUATION MEETING NOTES
MEETING TYPE: _____

STUDENT: Emilio Catalan   SCHOOL: Tubmanxxx   DATE: 5/12/05

Emilio's IEP from June recommended therapy 3 times per week for 45 minutes per session. It was explained to the team that 45 minute sessions are too long for Emilio. ~~During services Emilio's~~ Due to Emilio's frail health, 20-30 minutes after initiating a therapy session, Emilio appears physically tired and often refuses to perform any other activities. It was proposed to switch services from 45 minutes, 3 times per week to 30 minutes 3 times per week. Mother was in agreement that 45 minute sessions are too long for Emilio. Advocate expressed that we are trying to cut his services which is not the purpose of switching from 45 to 30. Instead we are trying to tailor services to his needs. Advocate suggested 4 times per week for 30 minute sessions. However, this clinician disagreed because 3 times per week is appropriate for a student like Emilio and student should not be pulled-out that often from his classroom.

DISTRICT OF COLUMBIA PUBLIC SCHOOLS
WASHINGTON, DC

MDT REFERRAL DATE: _____  
MULTIDISCIPLINARY TEAM (MDT) CONTINUATION MEETING NOTES  
MEETING TYPE: Annual IEP Review  
Page 5 of 7

STUDENT: Emilio Catalan     SCHOOL: Truesdell ES     DATE: 5/12/05

Ms Rubin reported that she provides one hour of OT in two 30 minute sessions per week. From October to February his level of concentration increased from 2 minutes to 5 minutes. Since his hospitalization Emilio doesn't want to do fine motor skills. The last IEP listed a disk for him to sit on. She has tried the disk & a bolster but feels it is best for him to just sit in a solid chair. When he sits on something in the chair he wiggles and distracts himself from the task at hand. Emilio is using his right hand all the time & can identify most colors. He has to be encouraged a lot to complete coloring or playdough tasks. When Emilio came back after hospitalization he was anemic and she asked parent if it had gone back up (blood count). Emilio will go for a follow up next month & parent will let us know about precautions. OT to continue services @ 60 mins/week.

Heather Williams, LICSW
Social-Emotional

Emilio was to receive counseling services on a consultative basis for help in transitioning to the new school environment and classroom. The service was to last one month, according to the IEP. I have seen Emilio in the classroom setting and consulted to staff re: intervention regarding behaviors. Emilio has made a good adjustment. He fits in well with his peers. He is able to ask for help when needed. I have consulted to parent re: getting support for herself re: parenting anxiety and coping. At this time I am recommending termination of the service.

_____ W_____

DISTRICT OF COLUMBIA PUBLIC SCHOOLS
WASHINGTON, DC

MDT REFERRAL DATE _____   MULTIDISCIPLINARY TEAM (MDT)   Page 6 of 7
CONTINUATION MEETING NOTES
MEETING TYPE: Annual IEP Review

STUDENT: Emilio Catalan   SCHOOL: Thomas ES   DATE: 5/12/05

Ms. Rasul reported that she checks Emilio Catalan for bumps and bruises. Ms Rasul also said that in the beginning, the main concern was making sure he was comfortable in the classroom i.e. getting used to the routine of the classroom and getting him completely toilet trained. He is doing better at mastering his roles and steps. He has done better at w/c counting and demonstrating 1/1 correspondence. He also is better at communicating orally. However, Emilio needs to work on becoming more independent in the classroom.

Ms. Ann Cleckley, Vision Specialist, read report from 7/7/04. The recommendation is that he doesn't require the vision services. Emilio's functioning is cognitive not one of visual acuity. Discussion was generated as a result of him not getting the service since it is listed on the front of the IEP. What is rationale for giving a student compensatory time for a service he doesn't require? Advocate agreed that current ophthalmology assessment be forwarded to DCPS medical doctor for consideration.

DISTRICT OF COLUMBIA PUBLIC SCHOOLS
WASHINGTON, DC

MDT REFERRAL DATE: _____    MULTIDISCIPLINARY TEAM (MDT)    Page 7 of 7
CONTINUATION MEETING NOTES
MEETING TYPE: _____

STUDENT: Emilio Catalan    SCHOOL: Tubman ES    DATE: 5/12/05

The Tubman team felt that counseling services were only to be given for 1 month to ease transition to new placement. Documented on front of 6/24/04 IEP and in notes. Services were only to be consult and Ms. Williams has documentation to support that she has provided above the required services. Counseling services are to be terminated. Parent and advocate did not agree.

A Comp Ed plan was developed to compensate student for time missed while student was hospitalized. Student would have benefitted from service if he was able to attend school. Providers did feel since the hospitalization Emilio missed 5 hrs OT, 5 hrs PT, 7.5 hrs Speech and 105 hours of Specialized Instruction. The staff will make up as much time during course of school year and the rest to be provided over the summer.

ESY was discussed and Emilio can benefit from the service. A Plan to be developed and included as part of the IEP.

DISTRICT OF COLUMBIA PUBLIC SCHOOLS
WASHINGTON, D.C.

MULTIDISCIPLINARY TEAM
(MDT)
MEETING NOTES

MDT

MDT REFERRAL DATE: _____

STUDENT: Emilio Catalan         SCHOOL: TUBMAN ES         DATE: 5/12/2005

| PARTICIPANTS: (Print Name) | PARTICIPANTS: (Sign Name) | POSITION |
|---|---|---|
| Patricia Catalan | Patricia Catalan | Mother |
| Corinne Rubin | C Rubin OTR/L | OT |
| Jessica Ouellette | Jessica L. Ouellette | PT |
| Claudina Barrera | Claudita | SLP |
| Riffat Rasul | Rpo Ra | SPED Teacher |
| Julia Fernandez | | Advocate |
| Bridgett Morse | Bridgett Morse | LEA Rep/Principal's Designee |
| (illegible) | | INTERPRETER |
| Norma J. Fernandez | Gladys Gonzalez | Advocate |

This meeting is being held in conjunction with the Annual IEP meeting. All prior introductions and Procedural Manual have already been completed. The purpose of this aspect is the ReEvaluation Prep.

Based on the fact that the OT and PT evals are three years old the parent and advocate request that more current evals be ordered in these areas. Psychoeducational and speech evaluations will also be ordered.

Opth ARM

Ophthalmology assessment to be forwarded to Dr Crystal Taylor-Davis.

Emilio Catalan

Advocate's Notes 5/12/05

The purpose of this meeting is to conduct an Annual Review and If necessary developed and SEP and Comp Ed Plan.

Physical Therapist } 1hr. a week (Individual) 30×2 session (Tues/Thursday).

S/L Therapist } 3x .45 minutes a week. "I usually give him therapy w/ 3 other kids"

DCPS Pathologist is recommending services of 3x.30 a week, even though her own eval suggests a severe expressive/receptive delay, he is functioning on a 2.5 age equivalent.

DCPS Pathologist agrees w/ Advocate that Emilio needs more services, but, because Emilio feels tired during his sessions, a cut in services has been recommended by DCPS.

Advocate/Parent strongly disagree w/this recommendation and would like the services to be kept as they are now. 3x .45 a week, but if he gets tired, then shortened the sessions, but increase the number of days the S/L therapist sees him. (4 x .30)

At this time a full S/L Reevaluation is warranted Team agrees. S/L Therapist is in Tubman 1x week to service children.

#8

Advocate/Parent

Emilio Catalan.    5/17/05

Occupational Therapist — 1 hr once a week. Emilio has made some progress, but has not mastered any of his IEP goals.

O/T will continue w/ an hr a week and he is in need of a more current OT eval.

Vision Therapist — According to Therapist, he doesn't need any services. Emilio's old IEP stated, he'd receive 1 hr. of Vision Therapy, but as of right now he has not gotten any V. Therapy services.

* Parent and Advocate are requesting Comp. Ed. for missed services @ this time.
* Parent and Advocate are requesting 38 hrs. of Vision Therapy, and services should continue until a DCPS Medical Doctor can review the report done by Dr. Yarijean H. Miller, M.D. (obtained by Parent). This report will be reviewed within 20 school days.

The following evals have been requested by the Team
Psycho Ed
S/L
O/T
P/T

Parent and Advocate are requesting the evals to be completed within 60 days (calendar). On or before July 12, 2005.

Emilio Catalan

* Team agrees that Emilio is entitled to 22.5 hrs of related services for O/T P/T S/L

* Parent is requesting 105 hrs. of specialized instruction for missed instruction (5 wks).
Team agrees and at this time a Comp Ed. Plan will be developed.
Comp Ed for Specialized (Missed) Instruction will be provided within 30 days (by June 12, 2005)
Comp Ed. for missed related services will be provided within 5 days. (by 5/16/05)

ESY was discussed, Team agrees that Emilio will benefit from ESY and at this time will be put into his IEP.

Juan Fernandez

DCPS recommends the (Soc.) counseling to be removed from IEP at this time.

* Parent/Advocate strongly disagree w/ this, there is nothing in the record that supports the removal of this service if we take into account, Emilio's copping skills and self-esteem issues.
Parent/Advocate are requesting the services to remain intact, at the very least w/ the team has the results from the Psycho-Ed Reevaluation, then and only then can

Advocate's Notes                5/13/05

\#4

Emilio Catalan

we/Team, make a determination. Therefore, the removal of this service would be a denial of FAPE.

Juan [signature]