STUDENT HEARING OFFICE OF THE DISTRICT OF COLUMBIA
REQUEST FOR MEDIATION/HEARING

This form shall be used to give notice to the District of Columbia Public Schools and/or a District of Columbia Public Charter School of parental disagreement with the identification, evaluation or educational placement of their child with a disability, or the timely provision of a free appropriate public education to that child, and to request a hearing and/or mediation regarding the same. This form must be sent to the Student Hearing Office of the District of Columbia, 825 North Capitol Street, N.E., 8th Floor, Washington, D.C. 20002. Fax number 202-442-5556

deral law requires that when a parent or representative requests mediation, it shall be offered at no cost to the parent. ediation may be beneficial in your case. Please indicate your decision:

___ I REQUEST MEDIATION   ___ I REQUEST MEDIATION AND A HEARING   _X_ I REQUEST A HEARING

**STUDENT FOR WHOM MEDIATION/DUE PROCESS HEARING IS REQUESTED**

ıdent Name: __Emilio Catalan__                                    DOB: __September 1, 1999__

dress:   __1829 Phelps Place, NW, #1, Washington, D.C. 20008__

sent School of Attendance:   __Tubman Elementary School__

ıe School:   __J.Q. Adams Elementary School__
           (Neighborhood school where child is registered)

MPLAINT IS MADE AGAINST:   __District of Columbia Public Schools__
                           DCPS and/or D.C. Public Charter School-specify charter school

**DIVIDUAL REQUESTING MEDIATION/DUE PROCESS HEARING**

   Name:   __Adalberto & Patricia Catalan__

   Address:   __1829 Phelps Place, NW, #1, Washington, D.C. 20008__

   Phone: (H) __202 667-4263__   (W) _____   (F) _____

   Relationship to Student: _X_ Parent ___ Self ___ Legal Guardian ___ Parent Surrogate ___ Public Agency

**RENT REPRESENTATIVE/ATTORNEY/ADVOCATE (if applicable):**

ıe: __Miguel A. Hull, Esq.__   Phone: (W) __202 742-2015__   (Fax) __202 742-2098__

ress: __1220 L St., NW, #700, Washington, D.C. 20005__

orm 101                                                                02/01/2003

You must indicate three (3) dates when you and your representative (if you have one) are available within the next twenty (20) days for mediation (if you are requesting mediation) and/or three (3) dates within the next 35 days (or 30 days if you represent a student enrolled at ETS or Rock Creek Academy) when you, your representative, and witnesses will be available to appear for a hearing (if you are requesting a hearing). Please indicate whether you are available in the AM, PM, or both on the identified dates.

earings:   June 15, 2005            June 16, 2005            June 17, 2005

ediation:  Not requested            Not requested            Not requested

**FOR ALL DCPS STUDENTS, IF YOU PROPOSE DATES MORE THAN 35 DAYS FROM THE DATE OF YOUR REQUEST, YOUR SIGNATURE BELOW WILL INDICATE YOUR WAIVER OF YOUR RIGHT TO A HEARING OFFICER DETERMINATION WITH 45 DAYS OF THIS REQUEST. IN THE CASE OF A WAIVER, THE STUDENT HEARING OFFICE WILL CONTINUE TO USE BEST EFFORTS TO ISSUE A HEARING OFFICER DETERMINATION WITHIN 45 DAYS OF YOUR REQUEST (OR AS CLOSE TO 45 DAYS AS IS POSSIBLE).**

**FOR STUDENTS ATTENDING ETS OR ROCK CREEK ACADEMY, IF YOU PROPOSE DATES BEYOND THE 30-DAY PERIOD, YOUR SIGNATURE BELOW WILL INDICATE YOUR WAIVER OF YOUR RIGHT TO A HEARING WITHIN THAT PERIOD.**

Every effort will be made to accommodate your requested dates. Please be aware that proposed hearing dates which fall fewer than 21 days from the date of your request are difficult to accommodate. Your dates are most likely to be available if you propose hearing dates between 21 and 35 (or 30, for students enrolled at ETS or Rock Creek Academy) days from the date your request is received and docketed by the Student Hearing Office.

If none of your proposed dates are available, or if you fail to specify any dates, the Student Hearing Office will schedule your hearing for the first available date. Upon receipt of a Hearing Notice confirming the date of your hearing, you will have an opportunity to file a Motion for Continuance, if necessary, by using the form Motion attached to your Hearing Notice. *Please do not contact the Hearing Office by phone to request a continuance. Only the Hearing Officer assigned to your case is authorized to grant requests for continuances.*

Unless you receive notice that the Hearing Officer has granted your request for a continuance, you must appear for the hearing as scheduled. Failure to report for the hearing may result in dismissal of this case, or in a default decision against you. Disclosure of evidence and witnesses to the opposing party is required at least five business days prior to the hearing, with copies to the Special Education Student Hearing Office.

Special Accommodation Requests for Mediation/Due Process Hearing (please be specific):

   Interpreter
   __X__   Foreign Language   __SPANISH_____
   _____   Sign Language      _____
   _____   Other              _____
   _____   Special Communications _____

orm 101                                                                 02/01/2003

Special Accommodation for Disability _____
Other _____

In accordance with the Individuals with Disabilities Education Act (IDEA), please answer below:
(You may attach additional pages to provide more information if needed.)

**Describe the nature of the problem:**

- **Failure to properly provide weekly hours of speech and language and failure to provide vision services as called for by Individualized Educational Program.** Emilio Catalan is a five-year-old student at Tubman Elementary School in the District of Columbia. He has been at Tubman since approximately late October 2004. He previously attended the Rosemont Center and his home school is John Quincy Adams Elementary also in the District of Columbia. He is currently classified with multiple disabilities stemming from being other health impaired, and developmentally delayed. See IEP 6/24/04. He has been diagnosed with a very rare bleeding condition for which he has been the subject of a study at the National Institutes of Health. An MDT meeting took place on May 12, 2005. During that meeting, the parent and her advocate learned for the first time that District of Columbia Public Schools ("DCPS") had not provided Emilio with all of the speech and language therapy called for on his Individualized Educational Program ("IEP"). Specifically, Emilio's IEP calls for him to receive forty-fie minutes of speech therapy three times per week. During the MDT meeting on May 12th, the speech and language therapist conceded that she was only at Tubman two days a week and that she only gave Emilio two of his forty-five minute sessions. At this MDT meeting, the parent and advocate also learned that DCPS has not provided any of the one hour per week vision services called for by Emilio's IEP. In response to this, the parent's advocate request compensatory education for those missed services. The team, however, declined this request. Although a compensatory education plan was developed, that plan was limited only to services missed as a result of a five week hospitalization that Emilio recently had. Emilio's parents now respectfully assert that since being at Tubman, DCPS has violated his rights by failing to provide Emilio with all of speech and language called for in his IEP.

- The parents further asserts any additional facts or issues, related to those raised here, that may arise or be discovered subsequent to this filing or prior to or during the hearing in this matter.

**Describe issues to be addressed at the mediation and/or hearing, with specificity:**

1. Whether since being at Tubman, DCPS has inappropriately failed to provide Emilio with the three forty-five minute sessions per week that are called for in his IEP dated June 24, 2004?
2. Whether since bing at Tubman, DCPS has inappropriately failed to provide Emilio with the one hour per week of vision therapy that are called for in his IEP dated June 24, 2004?
3. The parent further asserts any additional facts or issues, related to those raised here that may arise or be discovered subsequent to this filing or prior to or during the hearing in this matter. For example, the parent reserves the right to contest, without further amendment to this request, the adequacy of any evaluations, eligibility decisions,

individualized education plans ("IEPs"), placements, or compensatory education decisions that may be made by DCPS prior to the hearing for this request.
4. If the proof offered at the due process hearing differs from the description of the nature of the problem, as stated above, and the proposed resolution of the problem, as stated below, then the parent hereby amends the hearing request to conform to the proof presented at and during the hearing.

**Describe relevant facts relating to the problem:**

Please see section under Nature of the Problem.

**State how you would like to see the problem corrected:**

The parents of Emilio Catalan respectfully request:

1. a finding that DCPS has inappropriately failed to provide Emilio with the three forty-five minute sessions per week that are called for in his IEP dated June 24, 2004;

2. that DCPS be ordered to provide compensatory education for the missed speech and language therapy [forty-five minutes a week for approximately twenty-four weeks of school since late October 2004 to present totaling eighteen hours of missed speech and language therapy;

3. That DCPS be ordered to provide compensatory education for the missed vision therapy [one hour for approximately twenty-four weeks of school since late October 2004 totaling twenty-four hours of missed vision therapy;

4. that DCPS provide any other relief deemed appropriate and relating to the violations committed here;

5. that pursuant to 5 DCMR 3021.8 DCPS be ordered to provide parent's counsel copies of all evaluation reports and all educational records, not previously provided at least two business days before any meeting in which the student or parent is entitled to attend or participate;

_____    May 13, 2005
Signature of Applicant/Parent (Required)    Date

**MAIL, FAX, OR DELIVER APPLICATION TO:**
Student Hearing Office of the District of Columbia
828 North Capitol Street, NE, 8th Floor
Washington, DC 20002
FAX: (202) 442-5556

Form 101                                                             02/01/2003

**FOR OFFICE USE ONLY:**
Case Number: _____
Student ID#: _____

Form 101                                                          Revised 02/01/2003