

## DISTRICT OF COLUMBIA
## PUBLIC SCHOOLS

**Office of the Superintendent**
Office of the General Counsel
825 North Capitol Street, N.E., 9th Floor
Washington, D.C. 20002-4232
202-442-5000 Fax: 202-442-5098
www.k12.dc.us

June 13, 2005

Miguel Hull, Esq.
James E. Brown & Associates, PLLC
1220 L. Street, NW
Suite 700
Washington, D.C. 20005

### DISCLOSURE STATEMENT

### VIA FACSIMILE 202-742-2098

**Subject: Due Process Hearing for Emilio Catalan**
**DOB:  9/01/99**
**Attending School: Tubman Elementary School**

At the upcoming due process hearing in the above-referenced matter, scheduled for Monday, June 20, 2005 at 3:00 p.m., and pursuant to 34 C.F.R. 300.509(a)(3), in addition to any documents and witnesses disclosed by the parent, DCPS may rely upon any of the following witnesses/documents[1]:

### Witnesses
MaryLee Phelps, or her designee(s), Interim Chief of Special Education Reform, DCPS
Milo Howard, or his designee(s), Placement Specialist, DCPS
Principal, or designee(s), Tubman Elementary
Brigette Morse, or her designee(s), Special Education Coordinator, Tubman Elementary
Riffat Rasul, or designee(s), Special Education Teacher, Tubman Elementary
Claudina Barrera, or her designee(s), Speech Pathologist, DCPS
Corinne Ruben, or her designee(s), Occupational Therapist, DCPS
Ann Cleckly, or her designee(s), Vision Specialist, DCPS

---

[1] Witnesses may testify by telephone.

JUN-13-2005 17:51  DCPS-GENERAL COUNSEL  2024425097  P.003
Case 1:05-cv-01735-HHK  Document 1-6  Filed 08/31/2005  Page 2 of 2

DCPS Office of the General Counsel
Page 2

DCPS reserves the right to amend this disclosure as documents become available

DCPS reserves the right to object to expert testimony by any person whose curriculum vita has not been disclosed to DCPS at least five (5) business days prior to the hearing for this student.

DCPS reserves the right to examine any witnesses called or identified as a potential witness by the representative of the student as though the witness was called by DCPS.

DCPS reserves the right to rely upon and /or use any documents/witnesses presented and/or disclosed by the parent that DCPS deems relevant in this case. Also, DCPS reserves the right to call rebuttal witnesses in its case.

If you wish to discuss any aspect of this case further, or have questions, please contact me at (202) 442-5170.

Sincerely,

Rashida J. Chapman
Attorney Advisor

cc: Student Hearing Office