## JAMES E. BROWN & ASSOCIATES, PLLC
*A Professional Limited Liability Company*

| | | |
|---|---|---|
| James E. Brown | Attorneys at Law | Juan J. Fernandez! |
| Domiento C.R. Hill*◊ | 1220 L Street, NW | Roxanne D. Neloms |
| Roberta Gambale | Suite 700 | John A. Straus |
| Miguel A. Hull | Washington, DC 20005 | Marshall Lammers° |
| Christopher L. West | Telephone: (202) 742-2000 | Delores Scott McKnight |
| Tilman L. Gerald | Facsimile: (202) 742-2098 | |

\* Admitted in Maryland Only

e-mail: Admin@Jeblaw.biz

! Admitted in Bolivia Only

June 13, 2005

<u>***Via Hand and Delivery***</u>

Attorney Advisor
Office of General Counsel
District of Columbia Public Schools
825 North Capitol Street, NE, 9th floor
Washington, D.C. 20002

    Re:    **Disclosure in the matter of Emilio Catalan DOB: 9-01-99**
              **Hearing date June 20, 2005 at 3:00 pm**

Dear Attorney Advisor:

    Pursuant to the disclosure requirements found in 34 C.F.R. 300.509(a)(3), the parent of the above referenced child hereby submits the following documents and names of witnesses that may be relied upon as evidence during the upcoming hearing scheduled June 20, 2005.

### Witnesses [a]

1. Emilio Catalan, Student;
2. Adalberto Catalan; Father;
3. Patricia Catalan; Mother
4. Juan Fernandez, Educational Advocate, James Brown & Associates, PLLC, or designee;
5. Carlos Fernandez, Educational Advocate, James Brown & Associates, PLLC, or designee; and
6. Heidi Romero, Legal Assistant, James Brown & Associates, PLLC, or designee.

---

[a] Witnesses may testify via telephone

◊ Of Counsel. Practicing pursuant to Rule 49 (c)(6) of the D.C. Court of Appeals.

° Admitted Only in Maryland and New Jersey; Supervision by James E. Brown, a member of the D.C. Bar. D.C. Court of Appeals.

Disclosures for- Emilio Catalan
June 13, 2005
Page 2

### Documents

EC-01  Hearing Request 5/13/05;
EC-02  Request for interpreter 6/08/05;
EC-03  MDT Meeting Notes 5/12/05;
EC-04  IEP 6/24/04; and
EC-05  MDT Meeting Notes 6/24/04.

In addition to the aforementioned documents and witnesses, the parent reserves the right to rely on, and use, any documents presented by DCPS during the upcoming hearing. The parent also reserves the right to present additional documents and witnesses during the hearing for the purpose of impeachment or rebuttal. Thank you for your attention and please do not hesitate to contact me at 202 742-2015 if you wish to discuss any aspects of this case.

Respectfully,

Miguel Hull, Esq.

cc: Student Hearing Office