

# The Chesapeake Center, Inc.

10400 Connecticut Avenue, Suite 206
Kensington, MD 20895
Tel: (301) 942-6766
Fax: (301) 942-3098

## BILINGUAL SPEECH AND LANGUAGE EVALUATION REPORT

**Name:** Emilio Catalan
**Site:** Rosemount Center
**Examiner:** Vanessa Cabrera, M.A., CCC-SLP

**Date of Evaluation:** 10-29-02
**Date of Birth:** 9-1-99
**Student ID#:** 9104850

### Reason for Referral

Emilio was referred for a bilingual speech and language assessment at the Rosemount Center, to assess his communication skills.

### Background Information/Purpose

Emilio was a 3 years 1 month old male who was referred for a bilingual speech and language evaluation to assess his communication skills. A variety of formal and informal measures will be administered during this evaluation to assess language skills. An informal interview with Emilio's teacher at Rosemount Center as well as a review of records will also be incorporated as part of this evaluation.

Upon review of Emilio's file, it was indicated that he currently attends the Rosemount Center. Regarding his medical history, Emilio was diagnosed with Velocardio-Facial syndrome (a congenital malformation syndrome of birth defects that include cleft palate, heart defects an abnormal facial structure, and learning problems), thrombocytopenia (low blood platelets), and Bernand-Soulier syndrome (when platelets lack the ability to stick adequately to injured blood vessel walls). Emilio was diagnosed at birth. In addition, Emilio' has reduced visual acuity for his age.

Previous developmental assessment revealed that Emilio's mental index was <50 (age equivalent: 13 months) and a motor index of <50 (age equivalent: 17 months). In the social/language area his communication skills were within the <12 month level. This evaluation was conducted by Dr. Karen L. Weise and Dr. Penny Glass on 3-13-02.

Currently, Emilio receive speech and language intervention services at Rosemount Center twice a week in Spanish. A speech and language update was completed on 6-02 by Nancy Hoos and Alcina De Sousa. Based on this update Emilio's receptive language skills are approximately within the 8-9 month range and his expressive language skills are approximately within the 8-9 month range.

> intervention 2 times per week.

**The purpose of this assessment is to determine if Emilio exhibits characteristics of a child with a speech-language disorder as opposed to characteristics of a second language learner.**

## Medical History

As previously stated Emilio has been diagnosed with Velocardio-Facial syndrome, thrombocytopenia, and Bernand-Soulier syndrome.

## Test Behaviors/Observation

Emilio was evaluated/observed during snack time, while singing and reading time. He did not appear to be bothered by the clinician's presence. Emilio would look at the clinician and acknowledge her presence but most of the time he was just doing his activities.

*Informal measures*

## Oral Peripheral Examination

An informal oral peripheral examination of Emilio's oral mechanism indicated adequate structure and function of the articulators for speech production.

## Voice/Fluency/Articulation

Emilio is a non-verbal child. Therefore, voice, fluency and articulation skills could not be evaluated. However, based on the few vocalizations he produced, his voice quality, and pitch seemed to be within normal limits.

## Auditory

An informal examination throughout the evaluation indicated that Emilio's hearing acuity is functional for his environment. However, as indicated in his file, an appointment was scheduled for an audiological evaluation, in the next few weeks.

*Formal measures*

*Important: The test used during this evaluation is not normed or developed primarily to assess children with Emilio's syndrome. The following results and observations should be reviewed with caution because they just describe Emilio's skills and should not be compared with other children his same age, cultural background or disability.*

## Language

The Receptive and Expressive Emergent Language-2 (REEL-2) was utilized to formally evaluate Emilio's language skills. The REEL-2 is a checklist that utilizes observational information reported by parents, guardians or teachers to identify any receptive and expressive language deficits in infants and toddlers. The checklist was utilized during the interview with Emilio's teacher at Rosemount Center as well as during

clinical observations. Receptive language skills were evaluated to assess Emilio's ability to attend to a task, identify objects and follow verbal commands. Expressive language skills were evaluated to measure his ability to functionally communicate his wants and needs. The following is a description of those receptive and expressive skills noted and reported as being observed in Emilio.

### Receptive language

While interacting with Emilio he appeared to listen when the clinician was speaking, and regularly localized the speaker with eyes and by turning his head. Occasionally, Emilio appears to recognize his name, however, most of the time the teacher has to repeat his name many times for him to respond. Emilio is able to recognize facial or body gestures, and he gives attention to music and responds with bodily of hand movements. As reported by his teacher, Emilio repeats the names of objects when spoken to him. He is also able to maintain interest in looking at pictures for a brief period of time. Also Emilio is able to give toys on verbal request accompanied with gesture. *Based on the information obtained and clinical observations, Emilio's receptive language skills are within the 8month level with emerging skills at the 9-10 month level.*

### Expressive language

Emilio is a non-verbal child. However, he utilized eye contact, signs and vocalizations to communicate. Some of Emilio's vocalizations included "mmmm", "papapapa", "mamama", and vowel-like sounds. In addition, Emilio utilized the "more" sign in many occasions to ask for more food. Emilio was observed responding to sound occasionally by vocalizing. His vocalizations are usually with two different syllables. Emilio was also observed to take the initiative to vocalize directly at others. *Based on the information gathered and clinical observations, Emilio's expressive language skills are within the 6month level with some scattered skills at the 9-10 month level ("papapa, mamamama").*

## Summary/ Recommendations

Emilio is a 3 years 1 month old male who was referred for a bilingual speech and language evaluation. Emilio is currently attending the Rosemount Center.

Results of language evaluation revealed that Emilio's receptive language skills are within the 8month level with emerging skills at the 9-10 month level. His expressive language skills are within the 6month level with some scattered skills at the 9-10 month level. A developmental assessment conducted on 3-13-02 indicated that Emilio's mental index was within the 13 month range and that he was demonstrating functional skills at the 14-16 month range. Therefore, Emilio's language skills are below his cognitive abilities.

Based on the aforementioned results Emilio does qualify to receive speech-language intervention services with respect of the District of Columbia Schools qualifying standards. However, final recommendations will be made at the MDT meeting based on a collaboration of data obtained through additional assessments completed by various other disciplines.

It has been a pleasure working with Emilio. If you have further questions, please feel free to contact me at 301-942-6766.

Vanessa Cabrera, M.A., CCC-SLP
Bilingual Speech-Language Pathologist
The Chesapeake Center, Inc.