06/24/2005 16:39 FAX 202 442 5098    OFF OF GENERAL COUNSEL    ⌀002/036
Case 1:05-cv-01733-HHK    Document 1-9    Filed 08/31/2005    Page 1 of 4

Emilio Catalan
Re-evaluation
Page 1 of 4

DISTRICT OF COLUMBIA PUBLIC SCHOOLS
WASHINGTON, DC
*SPECIAL EDUCATION SERVICES*

## Bilingual Speech and Language Re-Evaluation

**Name:** Emilio Catalan          **Date of Evaluation:** 12/17/04, 06/01
**Date of Birth:** 09/01/99
**C.A.:** 5, 9
**Site:** Tubman Elementary
**Examiner:** Claudina Barrera, MS/ CCC-SLP

### I. Reason for Re-evaluation
Emilio is receiving a speech and language re-evaluation to comply with educational advocate request.

### II. Background Information
Emilio is a 5 years, 9 months old male who currently receives speech and language services at Tubman Elementary. Please refer to the student's file for other pertinent information.

### III. Review of Previous Speech and Language Evaluations
**10/29/02**
    Vanessa Cabrera conducted a bilingual speech and language evaluation on 10/29/02, to assess Emilio's communication skills. The results were the following:

> **Test:** *Receptive and Expressive Emergent Language-2 (REEL-2)*
> **Expressive Language Skills:** At the 6 month old level with some scattered skills at the 9-10 month level.
> **Receptive language skills:** At the 8 months old level with emerging skills at the 9-10 month level.

### IV. DCPS Speech and Language Re-evaluation

#### Tests Administered and Results
*Important Note: A variety of formal and informal measures were used during the Evaluation in order to assess Emilio's functional communication skills. Test scores should be interpreted with caution due to the standardization procedure utilized, which may not include Emilio's cultural and linguistic background. Some of the tests used today were standardized on Spanish/Speaking children of different dialects or translated version from English tests. However, these tests can be used to identify relative strengths and relative weaknesses.*

06/24/2005 16:30 FAX 202 442 5098      OFF. OF GENERAL COUNSEL                    ☒003/036
Case 1:05-cv-01733-HHK     Document 1-9     Filed 08/31/2005     Page 2 of 4

Emilio Catalan
Re-evaluation
Page 2 of 4

**Protocols:**
Pre-school Language Scale-4 (Spanish Edition) – *12/17/04 Test Administration*
Receptive One-Word Picture Vocabulary Test-Bilingual Edition (ROWPVT)
Expressive One-Word Picture Vocabulary Test- Bilingual Edition (EOWPVT)
Goldman-Fristoe Test of Articulation-2

**Receptive and Expressive Language**

**Testing Note**
On 12/17/04, this clinician administered a formal speech and language test to comply with MDT recommendations that the student be re-screened for speech and language. In order to obtain an accurate reflection of Emilio's speech and language skills, a formal speech and language test was administered instead of a screener.

According to DCPS criteria for re-evaluations, formal speech and language test results have a validity of three years. Therefore, formal test results from the 12/17/04 administration will be incorporated to the current evaluation.

**Preschool Language Scale – 4 Spanish Edition (PLS-4 Spanish Ed.)**
(*Standard Score Mean = 100; Standard Deviation = 15)

| Test | Raw Score | *Standard Scores | Performance | |
|---|---|---|---|---|
| Auditory Comprehension | 29 | 50 | Severe Deficit | Emilio's receptive language skills were solid up to the 2.5 age-range and scattered skills up to the 3.6 age-range |
| Expressive Communication | 34 | 56 | Severe Deficit | Emilio's expressive language skills were solid up to the 2.5 age range and scattered skills up to the 3.6 age-range |
| Total Language | | 50 | Severe Deficit | |

**Vocabulary**
The **Receptive One-Word Picture Vocabulary Test- Bilingual Edition (ROWPVT)** and the **Expressive One-Word Picture Vocabulary Test- Bilingual Edition (EOWPVT)** were administered to assess Emilio's vocabulary skills. The ROWPVT examined his ability to understand the meaning of single words. The EOWPVT examined his ability to label single items, agent of the action, actions, and categorize items common to everyday and academic environments. A standard score between 89-110 is considered to be average performance on the test. Based on Emilio's performance on the test, the scores were as follows:

06/24/2005 16:30 FAX 202 442 5098    OFF. OF GENERAL COUNSEL                    ☒004/036
Case 1:05-cv-01733-HHK    Document 1-9    Filed 08/31/2005    Page 3 of 4

Emilio Catalan
Re-evaluation
Page 3 of 4

Receptive (ROWPVT) and Expressive (EOWPVT) One-Word Picture Vocabulary Test Bilingual Edition
(*Standard Score Mean = 100; Standard Deviation = 15)

| Test | Raw Score | *Standard Scores | Performance |
|---|---|---|---|
| ROWPVT | 19 | <55 | Low |
| EOWPVT | 15 | 55 | Low |

Receptively, Emilio had difficulties with the following concepts: belt, cow, bear, skunk, crab and pear. Expressively, Emilio had difficulty labeling pictures portraying the following concepts: cat, bird, bus, plane, duck and train.

### Articulation/Oral Motor
The *Goldman-Fristoe Test of Articulation –2 (GFTA-2)*, Sounds-In-Words Subtest, was administered to assess Emilio's production of English sounds in the initial, medial, and final word positions and consonant clusters. Out of 47 words, Student only produced 5 substitutions. His substitutions were the following:

Two substitutions were dialectically appropriate:
- /b/ for /d/ as in "feader" for "feather"
- /f/ for /th/ as in "baftub" for "bathtub"

The remaining substitutions included:
- /f/ for /v/ as in "facuum" for "vacuum"
- /k/ for /t/ as in "kalephone" for "telephone"
- cluster reduction "winow for window"

Although Emilio presented with substitutions during formal test administration, he was able to produce the sounds when communicating in Spanish. Emilio's intelligibility of speech is deemed average during known and unknown contexts.

### Informal Measures

**Oral Motor**
Emilio presents with mild labial asymmetry. However, the student was able to perform speech and non-speech tasks without any difficulties.

**Voice**
Emilio's voice quality, pitch and intensity were informally judged during the testing process and appeared to be within the normal limits for his age and gender.

**Fluency**
Rate, rhythm and the forward flow of speech were within normal limits for his age and gender.

**Summary**
Emilio is a 5 years, 9 months old male who currently receives speech and language services at Tubman Elementary. Previous speech and language testing conducted in 10/02

06/24/2005 16:31 FAX 202 442 5098     OFF OF GENERAL COUNSEL                    ☒005/036
Case 1:05-cv-01733-HHK     Document 1-9     Filed 08/31/2005     Page 4 of 4

Emilio Catalan
Re-evaluation
Page 4 of 4

revealed receptive language skills at the 8 months old level and expressive language skills at the 6 month old level. Results of current evaluation revealed solid receptive and expressive language skills at the 2.0-2.5 age-range and scattered skills up to the 3.6 age-range. Vocabulary assessments revealed low receptive and expressive skills. Articulation, voice and fluency were informally assessed and found to be within normal limits for his age and gender.

### *Recommendations*

Emilio continues to present with severely delayed speech and language skills. Therefore, continuation of speech and language services is recommended.

Respectfully submitted,

*Claudina Barrera, MS, CCC-SLP*
*Speech Language Pathologist*