**DISTRICT OF COLUMBIA PUBLIC SCHOOLS**
**WASHINGTON, DC**
*SPECIAL EDUCATION SERVICES*
## Bilingual Speech and Language Re-Evaluation

**Name:** Emilio Catalan
**Date of Birth:** 09/01/99
**C.A.:** 5.3
**Student I.D.#:** 9104850
**Site:** Tubman Elementary
**Date of Evaluation:** 12/17/04
**Examiner:** Claudina Barrera, MS/ CCC-SLP

### Background Information
Emilio is a 5 years, 3 months old male who was currently receives speech and language services at Tubman Elementary. The student is being re-assessed to comply with MDT recommendations that the student be re-screened for speech and language. In order to obtain a more accurate reflection of Emilio's current speech and language skills, a formal speech and language test was administered instead of a screener.

### Protocols:
Pre-school Language Scale-4 (Spanish Edition)

### Test Administered and Results
*Important Note: A variety of formal and informal measures were used during the Evaluation in order to assess Emilio's functional communication skills. Test scores should be interpreted with caution due to the standardization procedure utilized, which may not include Emilio's cultural and linguistic background. Some of the tests used today were standardized on Spanish/Speaking children of different dialects or translated version from English tests. However, these tests can be used to identify relative strengths and relative weaknesses.*

I.    **Receptive and Expressive Language**

Emilio's receptive and expressive language skills were evaluated using the Preschool Language Scale –4 (PLS-4) Spanish Edition: The PLS-4 (Spanish) provides a measure of language skills in two areas: auditory comprehension and expressive communication. The auditory comprehension tasks evaluate the ability to understand a variety of language concepts. The expressive communication tasks evaluate the use of language. The PLS-4 has a standard score of 100 and a standard deviation of 15. A standard score ranging from 85 – 115 is considered to be average performance on the test. Based on Emilio's performance on the test, the scores were as follows:

Emilio Catalan
Re-evaluation
Page 2 of 3

### Preschool Language Scale – 4 Spanish Edition (PLS-4 Spanish Ed.)
(*Standard Score Mean = 100; Standard Deviation = 15)

| Test | Raw Score | *Standard Scores | Percentile Rank | Performance |
|---|---|---|---|---|
| Auditory Comprehension | 29 | 50 | | Severe Deficit |
| Expressive Communication | 34 | 50 | | Severe Deficit |
| Total Language | | 50 | | Severe Deficit |

### QUALITATIVE ANALYSIS PLS-4 Spanish

Emilio's receptive and expressive language skills were solid up to the 2.5 age-range. Receptively, Emilio was able to identify body parts on self, recognize actions in pictures, follow two step commands without cue, understand use of objects and quantity concepts(one, all).He had difficulty understanding pronouns, part-whole relationships, simple descriptive concepts and the concept of "more".

Expressively, Emilio uses more words than gestures to communicate, uses words for pragmatic functions, names objects on photographs, rises intonation to ask questions, uses the gerund form and uses quantity concepts. He had difficulty combining 3-4 words in spontaneous speech, using various word combinations, using more than ten verbs. He also had difficulty answering "what" and "where" questions and using possessive forms.

### QUANTITATIVE ANALYSIS PLS-4 Spanish

| Age Range: | Receptive Subtest Percentage of Correct Items: | Expressive Subtest Percentage of Correct Items: |
|---|---|---|
| 2.0/2.5 | 100% | 100% |
| 2.6/2.11 | 30% | 0% |
| 3.0/3.5 | 25% | 60% |
| 3.6/3.11 | 0% | 0% |

### III.
**Informal Measures**
Articulation, voice and fluency appear to be within normal limits for his age and gender.

### *Summary*
Emilio is a 5 years, 3 months old male who currently receives speech and language services at Tubman Elementary. Previous speech and language testing conducted in 10/02 revealed receptive language skills at the 8 months old level and expressive language skills at the 6 month old level. Results of current evaluation revealed solid receptive and expressive language skills at the 2.0-2.5 age-range and scattered skills up to the 3.6 age-range.

Emilio Catalan
Re-evaluation
Page 3 of 3

**Recommendations**

Emilio continues to present with severely delayed speech and language skills. Therefore, continuation of speech and language services is recommended.

Respectfully submitted,

Claudina Barrera, MS, CCC-SLP
*Speech Language Pathologist*