Meeting Date: *February 14, 2005*

# Meeting Date: *February 14, 2005*

## District of Columbia Public Schools
## Speech and Language Therapy
## Progress Report

Student's Name: Emilio Catalan

Progress Code:

| A-Achieved (The student has successfully completed the goal) | MP-Making Progress (The student is making expected degree of progress | EB- Emerging Breakthrough (The skill necessary for this goal is beginning to appear) | NP- No Progress (The student is not making expected progress) | N/A Not Applicable at this time. The student has not begun to work on this goal. |
|---|---|---|---|---|

**Goal: Emilio will comprehend descriptive concepts (size, color, etc) 10 new concepts.**
EB- Emilio can understand size concept such as big and small with 50% accuracy during structured activities when provided a model.
EB- Emilio appears to understand shapes inconsistently. In some sessions he is able to understand shapes, in other instances his performance is low.
EB- Emilio can label some new concepts he however needs to increase knowledge of food items and other everyday items/objects.

**Goal: Emilio will use 2 word combinations to communicate.**
A-Emilio is able to consistently use one-word utterances to call for attention or make requests.
EB-Emilio is able to use 2 + word utterances to call for attention or to make requests with 50% accuracy.

**Goal: Emilio will use Noun + Verb + Qualifier sentences in structured situation to describe pictures.**
EB-Emilio can describe some actions such as "he is sleeping." However, he still need to increase the number of action words in his repertoire.

**Goal: Emilio will diminish echolalic behavior as per teacher or mother report.**
NP-Emilio is still exhibiting a high rate of echolalia. He also tends to answer "yes" to most "yes-no" questions.

Meeting Date: <u>February 14, 2005</u>

**Goal: Emilio will follow 2-step unrelated directions**
EB-Emilio is able to consistently follow 1-step directions. He can follow a few 2 step directions.

**Other IEP Goals:**
N/A-Not Applicable at this time. The student has not begun to work on this goal.

**Pragmatics**
Pragmatic goals such as taking turns or following commands "waiting/stop" have been targeted during therapy. He is now able to wait/stop more consistently during structured activities. However, this knowledge has not been completely transferred outside the therapy setting. He has been observed taking-turns, when reminded to do so, during therapy activities.

**Behavioral Comments:**
Typically, 20 minutes after initiating a therapy session, Emilio expresses that he is tired and begins to yawn. Besides saying that he is "sleepy", lately he also complaints of stomach-aches. In one occasions he refused to participate in therapy. The teacher is always informed of these situations.

*Claudina Barrera MS, CCC-SLP*
*Bilingual Speech Language Pathologist*