Meeting Date: <u>June, 2005</u>

## District of Columbia Public Schools
## Speech and Language Therapy
## Final Progress Report

Student's Name: <u>Emilio Catalan</u>

Progress Code:

| A-Achieved (The student has successfully completed the goal) | MP-Making Progress (The student is making expected degree of progress | EB- Emerging Breakthrough (The skill necessary for this goal is beginning to appear) | NP- No Progress (The student is not making expected progress) | N/A Not Applicable at this time. The student has not begun to work on this goal. |
|---|---|---|---|---|

**Goal: Emilio will comprehend descriptive concepts (size, color, etc) 10 new concepts.**
MP- Emilio can understand size concept such as big with 70%, small with 60 % accuracy during structured activities when provided a model.
MP- Emilio can understand descriptive concept such as "wet vs.dry" with 60% accuracy during structured activities when provided a model.
MP- Emilio appears to understand various shapes such as triangle and circle.
A- Emilio can label primary colors with 80% accuracy.
EB- Emilio can label some new concepts he however needs to increase knowledge of food items and other everyday items/objects.

**Goal: Emilio will use 2 word combinations to communicate.**
A-Emilio is able to consistently use one-word utterances to call for attention or make requests.100
A-Emilio is able to use of 2 word utterances to call for attention or to make requests with 100% accuracy(ex;water please, que lindo, baby sisters, red circle)
MP-. Emilio is making progress in his ability to use of 3-4 word utterances to call for attention or to make requests. (examples: There you go, wash your hands, he lay down, mira que lindo, I want water please, I want circle please,).

**Goal: Emilio will use Noun + Verb + Qualifier sentences in structured situation to describe pictures.**
EB-Emilio can describe some actions such as "esta corriendo", "he is sleeping." with 60% accuracy.

*Goal: Emilio will diminish echolalic behavior as per teacher or mother report.*
MP-Emilio still exhibits echolalia but at a reduced rate. He also tends to answer "yes" to most "yes-no" questions. With cue he is able to answer "no" instead of using head gestures.

*Goal: Emilio will follow 2-step unrelated directions*
A-Emilio is able to consistently follow 1-step directions. He can follow some 2 step directions.

*Other IEP Goals:*
N/A-Not Applicable at this time. The student has not begun to work on this goal.

*Pragmatics*
Emilio is now able to engage in activities with other students and share, take turns, wait for his turn and follow commands "wait/stop".

It was a pleasure working with Emilio this school year.

*Claudina Barrera MS, CCC-SLP*
*Bilingual Speech Language Pathologist*