

# District of Columbia Public Schools
## ENCOUNTER TRACKER FORM
### School Year 2004-2005

**Student LN:** CATALAW  **Student FN:** EMILIO

**Student ID:** 910485D  **Social Security No:** _____  **DOB:** 090199

**School Code:** 328  **School Name:** TUBMAN  **Primary Disability:** MD

**Provider LN:** Barrera  **Provider FN:** CLAUDIA  **Provider Code:** 755

**Servicing School Code:** 328  **School District:** WDC  **Provider ID:** _____

**IEP Service – Actual Start Date / Assessment Order Date:** 010204  **IEP Service Code:** 017  **Presenting Problem:** 784.5

| Date of Service (mmddyy) | Procedure Code/Modifier | Cat | Type of Service | Duration (minutes) | # Of Students | Response To TX | Progress Notes |
|---|---|---|---|---|---|---|---|
| 110204 | 90857-U3 | F | 01 | 000 | 0 | 1 | 0 | |

**Progress Notes (Continued):** School closed - Election Day

| Date of Service (mmddyy) | Procedure Code/Modifier | Cat | Type of Service | Duration (minutes) | # Of Students | Response To TX | Progress Notes |
|---|---|---|---|---|---|---|---|
| 110404 | 90857-U3 | A | 01 | 030 | 03 | 1 | 0 | |

**Progress Notes (Continued):** First session in group. Emilio was able to produce two word utterances using preposition + noun w/ Clinician's model w/ 60% accuracy.

| Date of Service (mmddyy) | Procedure Code/Modifier | Cat | Type of Service | Duration (minutes) | # Of Students | Response To TX | Progress Notes |
|---|---|---|---|---|---|---|---|
| 110904 | 90857-U3 | E | 080 | 000 | G | 1 | 0 | |

**Progress Notes (Continued):** Student was absent

| Date of Service (mmddyy) | Procedure Code/Modifier | Cat | Type of Service | Duration (minutes) | # Of Students | Response To TX | Progress Notes |
|---|---|---|---|---|---|---|---|
| 111104 | 90857-U3 | F | 01 | 000 | 00 | 1 | 0 | |

**Progress Notes (Continued):** School closed - Veteran's day

**REQUIRED:**
By signing this form, I verify that all the information contained on this document is true and accurate. Any misrepresentation may result in disciplinary action.

**Provider Signature:** Claudia V  **Credentials:** CCC-SLP  **Date Signed:** 11.15.04

**Supervisor's Signature:** _____  **Credentials:** _____  **Date Signed:** __/__/__

September 2004

# District of Columbia Public Schools
## ENCOUNTER TRACKER FORM
### School Year 2004-2005

| Field | Value |
|---|---|
| Student LN | CATALAN |
| Student FN | EMILIO |
| Student ID | 9104850 |
| Social Security No | |
| DOB | 090199 |
| School Code | 328 |
| School Name | TUBMAN |
| Primary Disability | MD |
| Provider LN | BARRERA |
| Provider FN | CLAUDIA |
| Provider Code | 755 |
| Servicing School Code | 328 |
| School District | WDC |
| Provider ID | [redacted] |
| IEP Service – Actual Start Date / Assessment Order Date | 110204 |
| IEP Service Code | 017 |
| Presenting Problem | 784.5 |

| Date of Service (mmddyy) | Procedure Code/Modifier | Cat | Type of Service | Duration (minutes) | # Of Students | Response To TX | Progress Notes |
|---|---|---|---|---|---|---|---|
| 111604 | 90857-U3 | A | 01 | 090 | 03 | 10 | |

Progress Notes (Continued): Requested objects using 2 word utterances "more glue" spontaneously w/ 30% accuracy w/ modeling + prompt w/ 70% accuracy. Oral motor exercises w/ 60% accuracy. Answered "what" questions w/ 70% accuracy.

| Date of Service (mmddyy) | Procedure Code/Modifier | Cat | Type of Service | Duration (minutes) | # Of Students | Response To TX | Progress Notes |
|---|---|---|---|---|---|---|---|
| 111804 | 90857-U3 | A | 01 | 045 | 03 | 10 | |

Progress Notes (Continued): Requested objects ex: "more glue, more chips" by imitating w/ 90% accuracy, spontaneously w/ 30% accuracy. Spontaneously requests objects such as "bear" using 1 word utterance w/ 100% accuracy. Follows commands "stop/wait" and "go" w/ 50-60% respectively.

| Date of Service (mmddyy) | Procedure Code/Modifier | Cat | Type of Service | Duration (minutes) | # Of Students | Response To TX | Progress Notes |
|---|---|---|---|---|---|---|---|
| 112304 | 90857-U3 | A | 01 | 075 | 03 | 10 | |

Progress Notes (Continued): Co-treat 30 minutes w/ physical therapist. Expressed agreement when by verbalizing "yes" when provided verbal model w/ 70% accuracy. Requested spontaneously w/ 30% accuracy. Understood command "wait" and "go" "wait" w/ 50% accu, "go" w/ 70% accu.

| Date of Service (mmddyy) | Procedure Code/Modifier | Cat | Type of Service | Duration (minutes) | # Of Students | Response To TX | Progress Notes |
|---|---|---|---|---|---|---|---|
| 112504 | 90857-U3 | F | 01 | 000 | 00 | 10 | |

Progress Notes (Continued): School closed, thanksgiving

**REQUIRED:**
By signing this form, I verify that all the information contained on this document is true and accurate. Any misrepresentation may result in disciplinary action.

Provider Signature: Claudia L    Credentials: CCC-SLP    Date Signed: 12.01.04

Supervisor's Signature: ____    Credentials: ____    Date Signed: __/__/__

September 2004





# District of Columbia Public Schools
## ENCOUNTER TRACKER FORM
### School Year 2004-2005

| Field | Value |
|---|---|
| Student LN | CATALAN |
| Student FN | EMILIO |
| Student ID | 9104850 |
| Social Security No | |
| DOB | 090199 |
| School Code | 328 |
| School Name | HUBMAN |
| Primary Disability | MD |
| Provider LN | Barrera |
| Provider FN | CLAUDIA |
| Provider Code | 755 |
| Servicing School Code | 328 |
| School District | WDC |
| Provider ID | |
| IEP Service – Actual Start Date / Assessment Order Date | 110204 |
| IEP Service Code | 017 |
| Presenting Problem | 784.5 |

| Date of Service (mmddyy) | Procedure Code/Modifier | Cat | Type of Service | Duration (minutes) | # Of Students | Response To TX | Progress Notes |
|---|---|---|---|---|---|---|---|
| 113004 | 90857 - U3 | A | 01 | 090 | 02 | 1 | 0 |

Progress Notes (Continued): Emilio used 2-word requests when given verbal prompt w/ 70% accuracy. Followed command "wait" in 3/4 trials. Followed command go in 3/4. Expressed agreement verbally when given cue w/ 70% accuracy.

**REQUIRED:**
By signing this form, I verify that all the information contained on this document is true and accurate. Any misrepresentation may result in disciplinary action.

Provider Signature: *Claudia K* Credentials: CC-SLP Date Signed: 12/01/04

Supervisor's Signature: _____ Credentials: _____ Date Signed: _____

September 2004

District of Columbia Public Schools
ENCOUNTER TRACKER FORM
School Year 2004-2005

**Student LN:** CATALAN   **Student FN:** EMILIO
**Student ID:** 9104850   **Social Security No:** [blank]   **DOB:** 090199
**School Code:** 328   **School Name:** TUBMAN   **Primary Disability:** MD

**Provider LN:** Barrera   **Provider FN:** CLAUDIA   **Provider Code:** 755
**Servicing School Code:** 328   **School District:** WDC   **Provider ID:** [redacted]

**IEP Service – Actual Start Date / Assessment Order Date:** 110204   **IEP Service Code:** 017   **Presenting Problem:** 784.5

| Date of Service (mmddyy) | Procedure Code/Modifier | Cat | Type of Service | Duration (minutes) | # Of Students | Response To TX | Progress Notes |
|---|---|---|---|---|---|---|---|
| 120204 | 90857-U3 | A | 01 | 045 | 02 | 1 | |

Progress Notes (Continued): Emilio was able to understand various shapes (descriptive concepts) w/ 50% accuracy. Can understand big vs. small w/ 50% accuracy. Emilio could identify shapes (circle, square) w/ 60% accuracy.

| Date of Service (mmddyy) | Procedure Code/Modifier | Cat | Type of Service | Duration (minutes) | # Of Students | Response To TX | Progress Notes |
|---|---|---|---|---|---|---|---|
| 120704 | 90857-U3 | A | 01 | 045 | 02 | 1 | |

Progress Notes (Continued): Emilio was able to use 2-word utterances to request objects using shape + color w/ 40% accuracy.
*cotreated 30-minutes with physical therapist.

| Date of Service (mmddyy) | Procedure Code/Modifier | Cat | Type of Service | Duration (minutes) | # Of Students | Response To TX | Progress Notes |
|---|---|---|---|---|---|---|---|
| 120904 | 90857-U3 | A | 01 | 090 | 01 | 1 | |

Progress Notes (Continued): attempted intervention. Student felt sick and was sent to the nurse's office.
* Co-treated 30-minutes with physical therapist.

| Date of Service (mmddyy) | Procedure Code/Modifier | Cat | Type of Service | Duration (minutes) | # Of Students | Response To TX | Progress Notes |
|---|---|---|---|---|---|---|---|
| 121404 | 90857-U3 | D | 01 | 000 | 01 | 0 | |

Progress Notes (Continued): Clinician was unavailable

**REQUIRED:**
By signing this form, I verify that all the information contained on this document is true and accurate. Any misrepresentation may result in disciplinary action.

**Provider Signature:** Claudia B   **Credentials:** CCC-SLP   **Date Signed:** 12/15/04
**Supervisor's Signature:** _____   **Credentials:** _____   **Date Signed:** __/__/__

September 2004



### District of Columbia Public Schools
### ENCOUNTER TRACKER FORM
#### School Year 2003-2004

**Student LN:** CATALAN    **Student FN:** EMILIO

**Student ID:** [ ]    **Social Security No:** [ ]    **DOB:** [ ]

**School Code:** [ ]    **School Name:** TUBMAN    **Primary Disability:** RE6

**Provider LN:** BARRERA    **Provider FN:** CLAUDIA    **Provider Code:** 755

**Servicing School Code:** [ ]    **School District:** WDC    **Provider ID:** [ ]

**IEP Service – Actual Start Date/Assessment Order Date:** [ ]    **IEP Service Code:** 017    **Presenting Problem:** V40.00

| Date of Service (mm/dd/yy) | Procedure Code/Modifier | Cat | Type of Service | Duration (minutes) | # Of Students | Response To TX | Progress Notes |
|---|---|---|---|---|---|---|---|
| 12/17/04 | 92506 - U3 | A | 01 | 120 | 01 | 0 | |

**Progress Notes (Continued):** Speech and Language assessment was conducted.

| Date of Service (mm/dd/yy) | Procedure Code/Modifier | Cat | Type of Service | Duration (minutes) | # Of Students | Response To TX | Progress Notes |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

**Progress Notes (Continued):**

| Date of Service (mm/dd/yy) | Procedure Code/Modifier | Cat | Type of Service | Duration (minutes) | # Of Students | Response To TX | Progress Notes |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

**Progress Notes (Continued):**

| Date of Service (mm/dd/yy) | Procedure Code/Modifier | Cat | Type of Service | Duration (minutes) | # Of Students | Response To TX | Progress Notes |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

**Progress Notes (Continued):**

REQUIRED:
By signing this form, I verify that all the information contained on this document is true and accurate. Any misrepresentation may result in disciplinary action.

**Provider Signature:** Claudia B    **Credentials:** CCC-SLP    **Date Signed:** 12/31/04

**Supervisor's Signature:** _____    **Credentials:** _____    **Date Signed:** __/__/__

September 2003

District of Columbia Public Schools
**ENCOUNTER TRACKER FORM**
School Year 2004-2005

Student LN: **CATALAN**  Student FN: **EMILIO**
Student ID: **9164850**  Social Security No: _____  DOB: **090199**
School Code: **0328**  School Name: **TUBMAN**  Primary Disability: **MD**
Provider LN: **BARRERA**  Provider FN: **CLAUDIA**  Provider Code: **756**
Provider Service Code: **0328**  School District: **WDC**  Provider ID: _____

IEP Service Actual Start Date: **110204**  IEP Service Code: **017**  Presenting Problem: **784.5**

| Date of Service (mm/dd/yy) | Procedure Code/Modifier | Cat | Type of Service | Duration (minutes) | # Of Students | Response To TX |
|---|---|---|---|---|---|---|
| 1105 | 90857-U3 | D | 01 | 000 | 001 | 0 |

Progress Notes (Continued): Clinician unavailable

| Date of Service (mm/dd/yy) | Procedure Code/Modifier | Cat | Type of Service | Duration (minutes) | # Of Students | Response To TX |
|---|---|---|---|---|---|---|
| 1106 | 90857-U3 | D | 04 | 000 | 001 | 0 |

Progress Notes (Continued): Clinician unavailable

| Date of Service (mm/dd/yy) | Procedure Code/Modifier | Cat | Type of Service | Duration (minutes) | # Of Students | Response To TX |
|---|---|---|---|---|---|---|
| 0111 05 | 90857-U3 | D | 02 | 000 | 001 | 0 |

Progress Notes (Continued): Clinician attending meeting for another student

| Date of Service (mm/dd/yy) | Procedure Code/Modifier | Cat | Type of Service | Duration (minutes) | # Of Students | Response To TX |
|---|---|---|---|---|---|---|
| 0113 05 | 90857-U3 | A | 01 | 060 | 03 | 0 |

Progress Notes (Continued): Emilio received 30 minute group session and 30 minute individual session. Emilio was able to label shapes w/ 50% accuracy. Emilio had difficulty matching shapes.

REQUIRED: By signing this form, I verify that all the information contained on this document is true and accurate. Any misrepresentation may result in summary action.

Provider Signature: _Claudia B_  Credentials: **CC-SLP**  Date Signed: **1-15-05**
Supervisor's Signature: _____  Credentials: _____  Date Signed: _____

## District of Columbia Public Schools
## ENCOUNTER TRACKER FORM
### School Year 2004-2005

Student LN: CATALAN  Student FN: EMILIO
Student ID: 9404850  Social Security No: [redacted]  DOB: 090199
School Code: 0328  School Name: TUBMAN  Primary Disability: MD
Provider LN: BARRERA  Provider FN: CLAUDIA  Provider Code: 755
Providing School Code: 0328  School District: WDC  Provider ID: [redacted]
IEP Service – Actual Start Date: 11264  IEP Service Code: 017  Presenting Problem: 784.5

| Date of Service (mm/dd/yy) | Procedure Code/Modifier | Cat | Type of Service | Duration (minutes) | # Of Students | Response To TX |
|---|---|---|---|---|---|---|
| 1118 05 | 92507-U3 | A | 01 | 030 | 02 | 0 |

Progress Notes: Could locate pictures when given descriptive features ex: red hair, blue hair w/ 20% accuracy.

| Date of Service (mm/dd/yy) | Procedure Code/Modifier | Cat | Type of Service | Duration (minutes) | # Of Students | Response To TX |
|---|---|---|---|---|---|---|
| 0118 05 | 92507-U3 | A | 04 | 030 | 01 | 0 |

Progress Notes: Conducted session along with physical therapist. Was able to label common objects (fruit) w/ 50% accuracy. Followed directions put on top/or put inside w/ 50% accuracy. Label location w/ 0% accur.

| Date of Service (mm/dd/yy) | Procedure Code/Modifier | Cat | Type of Service | Duration (minutes) | # Of Students | Response To TX |
|---|---|---|---|---|---|---|
| 0120 05 | 92507-U3 | F | 01 | 000 | 01 | 0 |

Progress Notes: School closed - Inauguration Day.

| Date of Service (mm/dd/yy) | Procedure Code/Modifier | Cat | Type of Service | Duration (minutes) | # Of Students | Response To TX |
|---|---|---|---|---|---|---|
| 0125 05 | 92507-U3 | A | 01 | 045 | 02 | 0 |

Progress Notes: During group session could label shapes w/ 50% accuracy (ex. circle) could match shapes during bingo w/ 10% accuracy. Exhibited high rate of echolalia today.

REQUIRED: By signing this form I verify that all the information contained on this document is true and accurate. Any misrepresentation may [result in disciplinary] action.

Provider Signature: [signature]  Credentials: CCC-SLP  Date Signed: 1/30/05
Supervisor's Signature: _____  Credentials: _____  Date Signed: _____

# District of Columbia Public Schools
## ENCOUNTER TRACKER FORM
### School Year 2004-2005

Student LN: **CATALAN**  Student FN: **EMILIO**

Student ID: **1104850**  Social Security No: _____  DOB: **090199**

School Code: **0328**  School Name: **TUBMAN**  Primary Disability: **MD**

Provider LN: **BARRERA**  Provider FN: **CLAUDIA**  Provider Code: **756**

Visit School Code: **0328**  School District: **WDC**  Provider ID: ▓▓▓▓▓▓

IEP Service Actual Start Date / Treatment Order Date: **110204**  IEP Service Code: **017**  Presenting Problem: **784.5**

| Date of Service (mm/dd/yy) | Procedure Code/Modifier | Cat | Type of Service | Duration (minutes) | # Of Students | Response To TX |
|---|---|---|---|---|---|---|
| 112505 | 90857-U3 | A | 04 | 030 | 01 | 0 |

**Progress Notes (Continued):** Saw student today during art class w/ art teacher. Emilio was able (D) to follow directions involving shapes w/ 10% accuracy. Was able to draw circle when given model w/ 60% accuracy. Was able to draw big circle w/ 60% accuracy.

| Date of Service (mm/dd/yy) | Procedure Code/Modifier | Cat | Type of Service | Duration (minutes) | # Of Students | Response To TX |
|---|---|---|---|---|---|---|
| 112705 | 90857-U3 | A | 01 | 045 | 02 | 0 |

**Progress Notes (Continued):** Was able to label shapes (circle) w/ 60% accuracy, labeled colors with 40% accuracy. At the end did not want to participate.

| Date of Service (mm/dd/yy) | Procedure Code/Modifier | Cat | Type of Service | Duration (minutes) | # Of Students | Response To TX |
|---|---|---|---|---|---|---|
| 21205 | 92507-U3 | A | 04 | 015 | 01 | 0 |

**Progress Notes (Continued):** Emilio was able to follow directions 'stop' + 'go' w/ 70% accuracy. Initially followed direction then expressed he had a tummy ache.

| Date of Service (mm/dd/yy) | Procedure Code/Modifier | Cat | Type of Service | Duration (minutes) | # Of Students | Response To TX |
|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |

**Progress Notes (Continued):**

REQUIRED: By signing this form, I verify that all the information contained on this document is true and accurate. Any misrepresentation may result in disciplinary action.

Provider Signature: _Claudia B_  Credentials: **CC-SLP**  Date Signed: **13005**

Supervisor's Signature: _____  Credentials: _____  Date Signed: _____

District of Columbia Public Schools
## ENCOUNTER TRACKER FORM
### School Year 2004-2005

Student LN: CATALAN    Student FN: EMILIO

Student ID: 9104850    Social Security No: ____    DOB: 090199

School Code: 0328    School Name: TUBMAN    Primary Disability: MD

Provider LN: BARRERA    Provider FN: CLAUDIA    Provider Code: 755

Serving School Code: 0328    School District: WDC    Provider ID: ███████

ER Service Actual Start Date / Assignment Order Date: 110204    IEP Service Code: 017    Presenting Problem: 784.5

| Date of Service (mm/dd/yy) | Procedure Code/Modifier | Cat | Type of Service | Duration (minutes) | # Of Students | Response To TX |
|---|---|---|---|---|---|---|
| 020105 | 90857-U3 | A | 01 | 045 | 01 | 10 |

Progress Notes (Continued):
Emilio was able to answer 'what is this' question w/ 30% accuracy. Was able to answer 'what are they doing?' question w/ 20% accuracy. Also had answered 'YES' to any question posed. Was complained of tummy ache.

| Date of Service | Procedure Code/Modifier | Cat | Type of Service | Duration | # Of Students | Response To TX |
|---|---|---|---|---|---|---|
| 020305 | 90857-U3 | A | 01 | 090 | 02 | 10 |

Progress Notes (Continued):
Emilio was seen 2 times today. Echolalia was very high and he was often non-compliant. Was able to label common objects w/ 0% accuracy. Was able to label others w/ 20% accuracy.

| Date of Service | Procedure Code/Modifier | Cat | Type of Service | Duration | # Of Students | Response To TX |
|---|---|---|---|---|---|---|
| 020805 | 90857-U3 | A | 01 | 045 | 03 | 10 |

Progress Notes (Continued):
Understood quantity concept of 'big' w/ 50% accuracy. Labeled colors purple + green w/ 80% accuracy.

| Date of Service | Procedure Code/Modifier | Cat | Type of Service | Duration | # Of Students | Response To TX |
|---|---|---|---|---|---|---|
| 021105 | 90857-U3 | A | 01 | 030 | 03 | 10 |

Progress Notes (Continued):
In classroom therapy. Concept of in and out was achieved w/ 40% accuracy.

REQUIRED:
By signing this form I verify that all the information contained on this document is true and accurate. Any misrepresentation may result in disciplinary action.

Provider Signature: _____    Credentials: CCC-SLP    Date Signed: 02 15 05

Supervisor's Signature: _____    Credentials: _____    Date Signed: _____

District of Columbia Public Schools
# ENCOUNTER TRACKER FORM
## School Year 2004-2005

**Student LN:** CATALAN   **Student FN:** EMILIO

**Student ID:** 9104850   **Social Security No:** _____   **DOB:** 09/01/99

**School Code:** 0828   **School Name:** TUBMAN   **Primary Disability:** MD

**Provider LN:** BARRERA   **Provider FN:** CLAUDIA   **Provider Code:** 755

**Funding School Code:** 0828   **School District:** WDC   **Provider ID:** ████

**IEP Results - Actual Start Date:** 11/02/04   **IEP Service Code:** 017   **Presenting Problem:** 784.5
**Recoupment Order Date:**

| Date of Service (mm/dd/yy) | Procedure Code/Modifier | Cat | Type of Service | Duration (minutes) | # Of Students | Response To TX | |
|---|---|---|---|---|---|---|---|
| 02/15/05 | 90857 – 03 | A | 01 | 045 | 02 | | |

**Progress Notes (Continued):** FOLLOW DIRECTION
was able to imitate motor actions when given model w/ 0% accur
does not want to participate. Was able to label actions verbally
w/ 20% accuracy.

| Date of Service (mm/dd/yy) | Procedure Code/Modifier | Cat | Type of Service | Duration (minutes) | # Of Students | Response To TX | |
|---|---|---|---|---|---|---|---|
| 02/17/05 | | | | | | | |

**Progress Notes (Continued):**

| Date of Service (mm/dd/yy) | Procedure Code/Modifier | Cat | Type of Service | Duration (minutes) | # Of Students | Response To TX | |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

**Progress Notes (Continued):**

| Date of Service (mm/dd/yy) | Procedure Code/Modifier | Cat | Type of Service | Duration (minutes) | # Of Students | Response To TX | |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

**Progress Notes (Continued):**

**REQUIRED:**
By signing this form, I verify that all the information contained on this document is true and accurate. Any misrepresentation may result in disciplinary action.

**Provider Signature:** Claudia B.   **Credentials:** CCC-SLP   **Date Signed:** 02/15/05

**Supervisor's Signature:** _____   **Credentials:** _____   **Date Signed:** _____

# ENCOUNTER TRACKER FORM
## School Year 2004-2005

Student LN: **CATALAN**    Student FN: **EMILIO**
Student ID: **9104850**    Social Security No: ____    DOB: **090199**
School Code: **0328**    School Name: **TUBMAN**    Primary Disability: **MD**
Provider LN: **BARRERA**    Provider FN: **CLAUDIA**    Provider ID: **755**
Servicing School Code: **0328**    School District: **WDC**    Provider ID: ___

IEP Service - Actual Start Date / Assessment Order Date: **110204**    IEP Service Code: **017**    Presenting Problem: **784.5**

| Date of Service (mm/dd/yy) | Procedure Code/Modifier | Cat | Type of Service | Duration (minutes) | # Of Students | Response To TX |
|---|---|---|---|---|---|---|
| 02/17/05 | 90857-U3 | 4 | 01 | 045 | 02 | 10 |

Progress Notes (Continued): Was able to label stencils w/ 30% accuracy, was able to find/locate objects when asked "where is?..." w/ 0% accuracy, instead of finding object he replied "yes".

| Date of Service | Procedure Code/Modifier | Cat | Type of Service | Duration | # Of Students | Response To TX |
|---|---|---|---|---|---|---|
| 02/17/05 | 90857-U3 | A | 01 | 030 | 01 | 10 |

Progress Notes (Continued): Emilio was able to follow directions and follow command "WAIT" w/ 60% accuracy, was able to follow directions containing concept of color w/ 60% accuracy.

| Date of Service | Procedure Code/Modifier | Cat | Type of Service | Duration | # Of Students | Response To TX |
|---|---|---|---|---|---|---|
| 02/22/05 | 90857-U3 | D | 01 | 000 | 01 | 10 |

Progress Notes (Continued): Clinician was unavailable

| Date of Service | Procedure Code/Modifier | Cat | Type of Service | Duration | # Of Students | Response To TX |
|---|---|---|---|---|---|---|
| 02/24/05 | 90857-U3 | F | 01 | 000 | 01 | 10 |

Progress Notes (Continued): Snow closure/no school

REQUIRED:
By signing this form, I verify that all the information contained on this document is true and accurate. Any misrepresentation may ___

Provider Signature: _Claudia B._    Credentials: **CC-SLP**    Date Signed: **021705**
Supervisor's Signature: _____    Credentials: _____    Date Signed: _____



# ENCOUNTER TRACKER FOR
## School Year 2004-2005

| Student Last: | C A T A L L A | Student First: | E R I C A |
| --- | --- | --- | --- |
| Student ID: | 9110450 | Social Security No: | | DOB: | |
| School Code: | 0328 | School Name: | | Primary Disability: | 755 |
| Provider Last: | B R E N D A | Provider First: | C L A U D I N | Provider Code: | |
| Servicing Provider Code: | 0328 | Assigned to School District: | W D N | Provider ID: | |
| IEP Service – Actual Start Date: | 110204 | IEP Service Code: | 017 | Procedure Modifier: | 7 |

| Date of Service (mm/dd/yy) | Procedure Code/Modifier | Type of Service | Duration (minutes) | |
| --- | --- | --- | --- | --- |
| 031505 | 90857-U3 | A | 010 | 4503110 |

Progress Notes (Continued): Was able to label objects w/ 80% accuracy. Unable to label shapes w/ 80% accuracy.

| Date of Service (mm/dd/yy) | Procedure Code/Modifier | Type of Service | Duration (minutes) | |
| --- | --- | --- | --- | --- |
| 031705 | 90857-U3 | A | 000 | 00110 |

Progress Notes (Continued): Student was absent today or late.

| Date of Service (mm/dd/yy) | Procedure Code/Modifier | Type of Service | Duration (minutes) | |
| --- | --- | --- | --- | --- |
| 032205 | 90857-U3 | A | 000 | 00110 |

Progress Notes (Continued): Student was absent today

| Date of Service (mm/dd/yy) | Procedure Code/Modifier | Type of Service | Duration (minutes) | |
| --- | --- | --- | --- | --- |
| 032405 | 90857-U3 | A | 000 | 00110 |

Progress Notes (Continued): Clinician was unavailable / Student was absent

**REQUIRED**
By signing this form, I verify that all the information contained on this document is true and accurate. Any misrepresentation...

Provider Signature: Claudine R    Credentials: CC-SLP    Date Signed: 03/24/05

Supervisor's Signature: _____    Credentials: _____    Date Signed: _____

# ENCOUNTER TRACKER FORM
## School Year 2004-2005

Student Last: CATALAN  Student First: EMILIO
Student ID: 9104850  Social Security No: [redacted]  DOB: 09/07/[--]
School Code: 032B  School Name: [--]  Primary Disability: 796

Provider Last: BANDERA  Provider First: CLAUDIA  Provider Code: [--]
Provider School Code: 032B  Assigned to School District: WDC  Provider ID: [redacted]

IEP Service – Actual Start Date: 110204  IEP Service Code: 007  Prevailing Diagnosis: 7915

| Date of Service (mm/dd/yy) | Procedure Code/Modifier | Type of Service | Duration (minutes) | CPT | Setting | |
|---|---|---|---|---|---|---|
| 04/05/05 | 90857-U3 | E08 | AG | 010 | 000010 | |

Progress Notes: student was absent today

| 04/07/05 | 90857-U3 | E08 | AH | 010 | 000010 | |

Progress Notes: student was absent today

| 04/12/05 | 90857-U3 | E08 | AG | 010 | 000010 | |

Progress Notes: student was absent

| 04/14/05 | 90857-U3 | E08 | AG | 010 | 000010 | |

Progress Notes: student was absent

**REQUIRED:** By signing this form, I verify that all the information contained on this document is true and accurate. Any misrepresentation...

Provider Signature: _Claudia R_  Credentials: CSW  Date Signed: [--]
Supervisor's Signature: _____  Credentials: _____  Date Signed: _____

# ENCOUNTER TRACKER FORM
## School Year 2004-2005

Student Last Name: CATALAN
Student First Name: ENUITA
Student ID: 9104850
DOB: 09/07/99
School Code: 0328
Primary Disability: 765

Provider Last Name: Pandenat
Provider First Name: CLAUDIA
Servicing School Code: 0328
Servicing School Dispatch: W
Provider ID: [redacted]

IEP Service Actual Start Date: 110204
IEP Service Code: 017
Servicing Program: 7016

| Date of Service (mmddyy) | Procedure Code/Modifier | Attendance | Type of Service | Duration (minutes) | Ratio Students to TX | E08 |
|---|---|---|---|---|---|---|
| 041905 | 90857-U3 | A | G | 00060 | 1:10 | |

Progress Notes (Continuation): student was absent

| Date of Service (mmddyy) | Procedure Code/Modifier | Attendance | Type of Service | Duration (minutes) | Ratio Students to TX | E08 |
|---|---|---|---|---|---|---|
| 042105 | 90857-U3 | A | G | 00060 | 1:10 | |

Progress Notes (Continued): student was absent

| Date of Service (mmddyy) | Procedure Code/Modifier | Attendance | Type of Service | Duration (minutes) | Ratio Students to TX | E08 |
|---|---|---|---|---|---|---|
| 042605 | 90857-U3 | A | G | 00060 | 1:10 | |

Progress Notes (Continued): student was absent

| Date of Service (mmddyy) | Procedure Code/Modifier | Attendance | Type of Service | Duration (minutes) | Ratio Students to TX | E08 |
|---|---|---|---|---|---|---|
| 042805 | 90857-U3 | A | G | 00060 | 1:10 | |

Progress Notes (Continued): student was absent.

REQUIRED:
By signing this form, I verify that all the information contained on this document is true and accurate. Any misrepresentation may result in penalty under...

Provider Signature: Claudia P.   Credentials: CCC-SLP   Date signed: 04/28/05

Supervisor's Signature: _____   Credentials: _____



# District of Columbia Public Schools
## ENCOUNTER TRACKER FORM
### School Year 2003-2004

**Student LN:** CATALAN  **Student FN:** EMILIO

**Student ID:** 9104850  **Social Security No:**  **DOB:** 090199

**School Code:** 0328  **School Name:** TUBMAN  **Primary Disability:** 755

**Provider LN:** BARRERA  **Provider FN:** CLAUDIA  **Provider Code:** 755

**Servicing School Code:** 0328  **School District:** WDC  **Provider ID:**

**IEP Service – Actual Start Date / Assessment Order Date:** 110204  **IEP Service Code:** 017  **Presenting Problem:** V40.00

| Date of Service (mmddyy) | Procedure Code/Modifier | Cat | Type of Service | Duration (minutes) | # Of Students | Response To TX | Progress Notes |
|---|---|---|---|---|---|---|---|
| 050305 | 90857-U3 | A | 01 | 000 | 1 | 0 | |

**Progress Notes (Continued):** Clinician attending meeting for another student

| Date of Service (mmddyy) | Procedure Code/Modifier | Cat | Type of Service | Duration (minutes) | # Of Students | Response To TX | Progress Notes |
|---|---|---|---|---|---|---|---|
| 050505 | 90857-U3 | A | 01 | 045 | 3 | 0 | |

**Progress Notes (Continued):** group treatment - was able to differentiate 'big' vs. small concepts w/ 30% accuracy. Did not want to participate at first.

| Date of Service (mmddyy) | Procedure Code/Modifier | Cat | Type of Service | Duration (minutes) | # Of Students | Response To TX | Progress Notes |
|---|---|---|---|---|---|---|---|
| 050505 | 90857-U3 | A | 01 | 030 | 1 | 0 | |

**Progress Notes (Continued):** Individual treatment - Labeled shapes w/ circle w/70% accuracy, square - 3/6 trials, triangle - 2/4 trials. Was able to label objects using size concepts "big" w/ 60% accuracy.

| Date of Service (mmddyy) | Procedure Code/Modifier | Cat | Type of Service | Duration (minutes) | # Of Students | Response To TX | Progress Notes |
|---|---|---|---|---|---|---|---|
| 051005 | 90857-U3 | A | 01 | 000 | 1 | 0 | |

**Progress Notes (Continued):** Clinician attending IEP for another student.

**REQUIRED:**
By signing this form, I verify that all the information contained on this document is true and accurate. Any misrepresentation may result in disciplinary action.

**Provider Signature:** Claudia B.   **Credentials:** CCC-SLP  **Date Signed:** 05/15/05

**Supervisor's Signature:** _____  **Credentials:** _____  **Date Signed:** __/__/__

September 2003



# District of Columbia Public Schools
## ENCOUNTER TRACKER FORM
### School Year 2003-2004

**Student LN:** CATALAN    **Student FN:** EMILIO
**Student ID:** 9104850    **Social Security No:** ____    **DOB:** 090199
**School Code:** 0328    **School Name:** TUBMAN    **Primary Disability:** 755
**Provider LN:** BARRERA    **Provider FN:** CLAUDIA    **Provider Code:** 755
**Servicing School Code:** 0328    **School District:** WDC    **Provider ID:** ████
**IEP Service – Actual Start Date / Assessment Order Date:** 110204    **IEP Service Code:** 017    **Presenting Problem:** V40.00

D02

| Date of Service (mmddyy) | Procedure Code/Modifier | Cat | Type of Service | Duration (minutes) | # Of Students | Response To TX | Progress Notes |
|---|---|---|---|---|---|---|---|
| 051205 | 90857-U3 | A | 01 | 000 | 000 | 10 | |

**Progress Notes (Continued):** Attending IEP meeting for the student.

| Date of Service | Procedure Code/Modifier | Cat | Type of Service | Duration | # Of Students | Response To TX | Progress Notes |
|---|---|---|---|---|---|---|---|
| 051705 | 90857-U3 | A | 01 | 045 | 04 | 10 | |

**Progress Notes (Continued):** Was able to find 'big' when given a field of 2 objects w/ 50% accuracy on/uses big + small. Was able to follow directions containing 'big' + plus color concept w/ 70% accuracy. Labeled actions using -ing w/ 50% acc

| Date of Service | Procedure Code/Modifier | Cat | Type of Service | Duration | # Of Students | Response To TX | Progress Notes |
|---|---|---|---|---|---|---|---|
| 051905 | 90857-U3 | A | 01 | 045 | 04 | 10 | |

**Progress Notes (Continued):** Was able to follow directions containing 'big' concept/w 60% accuracy. Was able to make request when asked do you want big crayon or small crayon w/ 70% accuracy.

| Date of Service | Procedure Code/Modifier | Cat | Type of Service | Duration | # Of Students | Response To TX | Progress Notes |
|---|---|---|---|---|---|---|---|
| 051905 | 90857-U3 | A | 01 | 045 | 04 | 10 | |

**Progress Notes (Continued):** 30 minute individual and Emilio was seen 15 minutes in class. Made multiword requests using verbalization rather than gesture w/ 100% accuracy when given model. During individual, label actions using -ing or -iendo w/ 60% accuracy. Said to clinician "esta comiendo" in the hallway.

REQUIRED: signing this form, I verify that all the information contained on this document is true and accurate. Any misrepresentation may result in disciplinary action.

**Provider Signature:** Claudia B    **Credentials:** CCC-SLP    **Date Signed:** 05.19.05
**Supervisor's Signature:** _____    **Credentials:** _____    **Date Signed:** __/__/__

September 2003



# District of Columbia Public Schools
## ENCOUNTER TRACKER FORM
### School Year 2003-2004

Student LN: `CATALAN`   Student FN: `EMILIO`
Student ID: `9104850`   Social Security No: ` `   DOB: `090199`
School Code: `0328`   School Name: `TUBMAN`   Primary Disability: `755`

Provider LN: `BARRERA`   Provider FN: `CLAUDIN`   Provider Code: `755`
Servicing School Code: `028`   School District: `WDC`   Provider ID: `████████`

IEP Service – Actual Start Date / Assessment Order Date: `110204`   IEP Service Code: `017`   Presenting Problem: `V40.00`

| Date of Service (mm/dd/yy) | Procedure Code/Modifier | Cat | Type of Service | Duration (minutes) | # Of Students | Response To TX | Progress Notes |
|---|---|---|---|---|---|---|---|
| 052405 | 90857-U3 | A | 01 | 045 | 04 | 10 | |

Progress Notes (Continued): Emilio was able to signal negation using "no"-instead of a head gesture w/ cue w/ 80% accuracy, w/out cue 50% accuracy. Followed command containing concept "on top" w/ 60% accuracy, "under" w/ 60% accuracy.

| Date of Service | Procedure Code/Modifier | Cat | Type of Service | Duration | # Of Students | Response To TX | Progress Notes |
|---|---|---|---|---|---|---|---|
| 052405 | 90857-U3 | A | 01 | 045 | 02 | 10 | |

Progress Notes (Continued): Was able to move multi-word requests w/ 70% accuracy. Worked with Emilio in the class. Was able to follow direction with crayons w/ 60% accuracy. Followed command "on top" and "under" w/ 70% accuracy, command w/ "inside" 70% accurate.

| Date of Service | Procedure Code/Modifier | Cat | Type of Service | Duration | # Of Students | Response To TX | Progress Notes |
|---|---|---|---|---|---|---|---|
| 052605 | 90857-U3 | A | 01 | 045 | 04 | 10 | |

Progress Notes (Continued): Requested objects using "bis" + object name + "I WANT" w/ 70% accuracy when provided model.

| Date of Service | Procedure Code/Modifier | Cat | Type of Service | Duration | # Of Students | Response To TX | Progress Notes |
|---|---|---|---|---|---|---|---|
| 053105 | 90857-U3 | A | 01 | 000 | 00 | 10 | |

Progress Notes (Continued): Student was absent today.

REQUIRED:
By signing this form, I verify that all the information contained on this document is true and accurate. Any misrepresentation may result in disciplinary action.

Provider Signature: _Claudine Barrera_   Credentials: CCC-SLP   Date Signed: 05/31/05

Supervisor's Signature: ____   Credentials: ____   Date Signed: __/__/__

September 2003



# District of Columbia Public Schools
## ENCOUNTER TRACKER FORM
### School Year 2003-2004

**Student LN:** CATALAN  **Student FN:** EMILIO
**Student ID:** 9104850  **Social Security No:** _____  **DOB:** 090199
**School Code:** 0328  **School Name:** TUBMAN  **Primary Disability:** 755
**Provider LN:** BARRERA  **Provider FN:** CLAUDIA  **Provider Code:** 755
**Servicing School Code:** 0328  **School District:** WDC  **Provider ID:** ███████

**IEP Service – Actual Start Date / Assessment Order Date:** 110204  **IEP Service Code:** 017  **Presenting Problem:** V40.00

| Date of Service (mmddyy) | Procedure Code/Modifier | Cat | Type of Service | Duration (minutes) | # Of Students | Response To TX | Progress Notes |
|---|---|---|---|---|---|---|---|
| 060205 | 90857-U3 | A | 01 | 000 | 01 | 0 | DNS — Clinician Attending IEP for Another Student |
| 060705 | 90857-U3 | A | 01 | 045 | 01 | 0 | Saw Emilio in group — was able to request 'big' objects w/ 70% accuracy. When presented w/ big + small there is still some confusion — 50% accurate. |
| 060705 | 90857-U3 | A | 01 | 030 | 01 | 0 | Saw Emilio individually — was able to label location of object using 'inside'/adentro or afuera w/ 60% accuracy. |
| 060905 | 90857-U3 | A | 01 | 060 | 03 | 0 | Emilio was able to label object qualities using 'wet' w/ 60% accuracy; 'big' w/ 70% accuracy, small/little 60%. |

REQUIRED:
By signing this form, I verify that all the information contained on this document is true and accurate. Any misrepresentation may result in disciplinary action.

**Provider Signature:** Claudia B.  **Credentials:** CCC-SLP  **Date Signed:** 06/15/05

**Supervisor's Signature:** _____  **Credentials:** _____  **Date Signed:** __/__/__

September 2003



### District of Columbia Public Schools
### ENCOUNTER TRACKER FORM
### School Year 2003-2004

Student LN: CATALAN  Student FN: EMILIO
Student ID: 9104850  Social Security No:  DOB: 090199
School Code: 0328  School Name: TUBMAN  Primary Disability: 755
Provider LN: BARRERA  Provider FN: CLAUDIN  Provider Code: 755
Servicing School Code: 0328  School District: W D C  Provider ID:
IEP Service – Actual Start Date/Assessment Order Date: 110204  IEP Service Code: 017  Presenting Problem: V40.00

| Date of Service (mmddyy) | Procedure Code/Modifier | Cat | Type of Service | Duration (minutes) | # Of Students | Response To TX | Progress Notes |
|---|---|---|---|---|---|---|---|
| 061405 | 90857-U3 | A | 01 | 045 | 01 | 10 | |

Progress Notes (Continued): Was able to label descriptive concept "wet" w/ 50% accuracy, colors w/ 70-80% accuracy, size big w/ 60% accuracy, small w/ 60% accuracy.

| Date of Service | Procedure Code/Modifier | Cat | Type of Service | Duration | # Of Students | Response To TX | Progress Notes |
|---|---|---|---|---|---|---|---|
| 061605 | 90857-U3 | A | 01 | 045 | 04 | 10 | |

Progress Notes (Continued): Saw Emilio in group. Was able to use descriptive concept ex: wet vs. dry w/ 50% accuracy. Emilio followed directions with location concept "on top" w/ 60% accuracy.

| Date of Service | Procedure Code/Modifier | Cat | Type of Service | Duration | # Of Students | Response To TX | Progress Notes |
|---|---|---|---|---|---|---|---|
| 061605 | 90857-U3 | A | 01 | 045 | 01 | 10 | |

Progress Notes (Continued): Saw Emilio individually – Emilio understood concept on top /60% accuracy. Was able to label location "on top" when asked where is it? w/ 70% accuracy.

| Date of Service | Procedure Code/Modifier | Cat | Type of Service | Duration | # Of Students | Response To TX | Progress Notes |
|---|---|---|---|---|---|---|---|
| | 90857-U3 | A | 01 | | | 10 | |

Progress Notes (Continued):

REQUIRED:
By signing this form, I verify that all the information contained on this document is true and accurate. Any misrepresentation may result in disciplinary action.

Provider Signature: Claudine Barno  Credentials: _____  Date Signed: 06.16.05
Supervisor's Signature: _____  Credentials: _____  Date Signed: __/__/__

September 2003