## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ALALBERTO CATALAN et ux.,** : | |
| **Parents and next friends of E.C., a minor** : | |
| : | |
| **Plaintiffs** : | |
| : | **Civil Action No. 05-1733(HHK)** |
| **v.** : | |
| : | |
| **DISTRICT OF COLUMBIA, et al.,** : | |
| : | |
| **Defendants** : | |
| : | |
| : | |

### JOINT RULE 16.3 REPORT

COME NOW the parties, Plaintiff Alalberto Catalan and Patricia Catalan, parents and next friends of E.C., a minor, and Defendants District of Columbia *et al.*, by their respective counsel and pursuant to this Court's Order dated January 5, 2006 and Local Rule 16, file the Joint 16.3 Report.

The counsel for the parties conferred by telephone on February 8, 2006 and consistent with the said telephone conference, the parties respectfully submit the following:

### I.    Statement of the case

Plaintiffs are appealing a Hearing Officer's Determination dismissing their Request for a Due Process Hearing relative to the delivery of special education services and benefits to which E.C. is allegedly entitled and the alleged failure of the Defendant to provide services as specifically devised by the Multi-Disciplinary Team (MDT) and

1

specifically set forth in the Individual Education Plan (IEP) for E.C.  Plaintiff alleges that

the foregoing failure constituted a denial of FAPE. Plaintiffs further assert that the

Hearing Officer committed reversible error in dismissing their complaint and in its ruling

that the failure of the Defendants to comply with the IEP developed for E.C. was a

technical violation and therefore did not constitute a denial of FAPE.

The Defendants dispute the allegations of a denial of FAPE and ask this Court to

affirm the Hearing Officer's Determination.

II.    **Matters discussed by the Parties Pursuant to Local Rule 16.3(c)**

1.    Based on the information available, the parties believe that this

case can be decided by dispositive motion.

2.    The parties do not anticipate the need for joining parties or

amending the pleadings.  At this time, the parties do not believe

that the factual and legal issues can be agreed upon or narrowed.

3.    The parties do not believe that this matter should be assigned to a

magistrate judge.

4.    The parties will discuss settlement, but do not believe that a

settlement is possible at this time.

5.    Plaintiffs are amenable to ADR but the Defendants do not believe

that ADR will be beneficial in this case.

6.    This case can be decided by dispositive motion and the parties

propose the following schedule:

a.    The Defendants will file the Administrative Record on or

before April10, 2006;

b.     Plaintiffs will file their Motion for Summary Judgment no later than 45 days after the filing of the Administrative Record;

c.     Defendants will file their Cross Motion for Summary Judgment and their Opposition no later than 45 days after the filing of Plaintiffs' Motion for Summary Judgment.

d.     Plaintiffs will file their Opposition and Reply no later than 30 days of the filing of the Defendants' Cross Motion for Summary Judgment and Opposition.

e.     Defendants will file their Reply no later than 30 days from the filing of Plaintiffs' Opposition and Reply.

7.     The parties agree to stipulate to dispense with the initial disclosures required by Rule 26(a)(1) of the Federal Rules of Civil Procedure.

8.     The parties do not believe that discovery will be necessary.

9.     The parties do not believe that there will be a need for expert witnesses.

10.    The instant case is not a class action.

11.    There is no need to bifurcate discovery or trial.

12.    There is no need for a pretrial conference at this time.

13.    At this point, there is no need to set a trial date.

14. The parties are not aware of any other matters that require

inclusion in a scheduling order.


Dated this 8th day of February 2006.


/s/_____
Tilman L. Gerald
James E. Brown & Associates, PLLC
1220 L Street, NW, Suite 700
Washington, D.C. 20005
202.742.2000
202.742.2098-fax

/s/_____
Maria Merkowitz
Office of the Attorney General for
the District of Columbia
441 4th Street, NW, 6th Floor South
Washington, D.C. 20001
202.442.9842
202.7273625-fax