UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ALABERTO CATALAN et ux.,** Parents and next friends of E.C., a minor,<br>　　　　　　Plaintiffs,<br><br>　　　　v.<br><br>**DISTRICT OF COLUMBIA, et al.,**<br>　　　　　　Defendants. | Civil Action 05-01733 (HHK) |

**SCHEDULING ORDER**

Upon consideration of the parties' Joint Rule 16.3 Report, it is this 27st day of February 2006, hereby,

**ORDERED,** that the parties shall not make initial disclosures pursuant to Rule 26(a)(1) as they have agreed to do so; and it is further,

**ORDERED,** that the following schedule will govern this case:

(a) The defendants will file the administrative record on or before April 10, 2006;

(b) The plaintiffs will file their motion for summary judgment by May 25, 2006;

(c) the defendants will file their opposition to plaintiff's motion for summary judgment and their cross motion for summary judgment by July 10, 2006;

Case 1:05-cv-01733-HHK    Document 5    Filed 02/27/2006    Page 2 of 2

(d)  The plaintiffs will file their opposition to the defendant's cross motion for summary judgment and their reply by August 10, 2006;

(e)  The defendants will file their reply by September 11, 2006, and is hereby further,

**ORDERED,** that this matter is set for further status on December 1, 2006.

                                        Henry H. Kennedy, Jr.
                                        United States District Judge

2