UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EMILIO CATALAN ) | |
| Plaintiff, ) | |
| v. ) | Case Number 05-1733 (HHK) |
| DISTRICT OF COLUMBIA ) | |
| Defendant. ) | |

## **ADMINISTRATIVE RECORD**

A paper copy of the administrative record in the above captioned case is being submitted to the Clerk of the Court and is available for review.

        Respectfully submitted,

        ROBERT J. SPAGNOLETTI
        Attorney General for the District of Columbia

        GEORGE C. VALENTINE
        Deputy Attorney General for the District of Columbia

        /s/ Edward P. Taptich
        EDWARD P. TAPTICH [012914]
        Chief, Equity, Section 2

        /s/ Maria L. Merkowitz
        MARIA L. MERKOWITZ [312967]
        Senior Litigation Counsel
        441 4th Street, N.W.
        Sixth Floor North
        Washington, DC 20001
        (202) 442-9842
        FAX  -  (202) 727-3625

April 10, 2006