UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **EMILIO CATALAN, <u>et al</u>.** | : | |
| | : | |
| **Plaintiffs** | : | |
| | : | |
| v. | : | Civil Action No. 05-CV-1733(HHK) |
| | : | |
| **DISTRICT OF COLUMBIA** | : | |
| | : | |
| **Defendants.** | : | |
| | : | |

**ORDER**

On consideration of the Plaintiffs' Consent Motion for Enlargement of Time to File Their Motion for Summary Judgment, filed on May 25, 2006, and it appearing that a grant of that Motion is just and proper, it is this ____ day of May 2006, hereby

**ORDERED**, that the Plaintiffs' Motion for an Enlargement of Time to File Their Summary Judgment is **Granted;**

**ORDERED**, that the time for Plaintiffs to file their Motion for Summary Judgment is enlarged upon and including June 14, 2006; and it is, hereby further

**ORDERED**, that Scheduling Order entered by this Court on the 27th of February 2006, hereby be and is amended as follows:

(b) The plaintiffs will file their motion for summary judgment by June 14, 2006

_____
Judge Henry H. Kennedy
United States District Court
For the District of Columbia