UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **EMILIO CATALAN, et al.** | : | |
| **Plaintiffs** | : | |
| v. | : | Civil Action No. 05-CV-1733(HHK) |
| **DISTRICT OF COLUMBIA** | : | |
| **Defendants.** | : | |

**PLAINTIFFS' AMENDED CONSENT MOTION FOR ENLARGEMENT OF TIME TO FILE THEIR MOTION FOR SUMMARY JUDGMENT AND AMEND THE SCHEDULING ORDER**

Pursuant to Fed. R. Civ. Procedure 6(b)(1), Plaintiffs respectfully request an enlargement of time within which to file their Motion for Summary Judgment from May 30, 2006 to June 14, 2006. Plaintiffs seek this enlargement because of unexpected and pressing matters in the caseload of the undersigned. The instant request is not being interposed for any dilatory purpose and the Plaintiffs are unaware of any prejudice or harm that would be visited upon the Defendants should this Honorable Court grant Plaintiffs' Motion.

Pursuant to LcvR 7(m), counsel for Plaintiffs called counsel for the Defendant, Maria Merkowitz, Assistant Attorney General, on May 22, 2006 seeking her consent to the instant motion. She subsequently indicated that she consents to the enlargement of time requested by Plaintiffs.

**MEMORANDUM OF POINTS AND AUTHORITIES**

1. Rule 6(b)(1), Federal Rules of Civil Procedure
2. The inherent powers of this Honorable Court

        Respectfully submitted,

          /s/ Tilman L. Gerald
        Tilman L. Gerald
        Unified Bar No. 928796
        **James E. Brown & Associates, PLLC**
        1220 L Street, N. W., Suite 700
        Washington, D.C. 20005
        202.742.2000
        202.742.2098-facsimile

MAY 26, 2006