UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **EMILIO CATALAN, et al.** : | |
| : | |
| **Plaintiffs** : | |
| : | |
| v. : | Civil Action No. 05-CV-1733(HHK) |
| : | |
| **DISTRICT OF COLUMBIA** : | |
| : | |
| **Defendants.** : | |
| : | |

**ORDER**

On consideration of the Plaintiffs' Consent Motion for Enlargement of Time to File Their Motion for Summary Judgment, filed on May 25, 2006, and it appearing that a grant of that Motion is just and proper, it is this ____ day of May 2006, hereby

**ORDERED**, that the Plaintiffs' Motion for an Enlargement of Time to File Their Summary Judgment is **Granted;**

**ORDERED**, that the time for Plaintiffs to file their Motion for Summary Judgment is enlarged upon and including June 14, 2006; and it is, hereby further

**ORDERED**, that Scheduling Order entered by this Court on the 27th of February 2006, hereby be and is amended as follows:

(b) The plaintiffs will file their motion for summary judgment by June 14, 2006;

(c) the defendant will file their opposition to plaintiff's motion for summary judgment by July 31, 2006;

(d) the plaintiff's will file their opposition to the defendant's cross motion for summary judgment and their reply by August 30, 2006;

(e) the defendant's will file their reply by October 2, 2006, and is hereby further,

**ORDERED,** that this matter is set for further status on December 1, 2006.

                                                                                                       _____
                                                                                                       Judge Henry H. Kennedy
                                                                                                       United States District Court
                                                                                                        For the District of Columbia