IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ALABERTO CATALAN, et ux.,**  )<br>**Parent and next friend of E.C., a minor**  )<br>)<br>**Plaintiffs,**  )<br>)<br>**v.**  )<br>)<br>**THE DISTRICT OF COLUMBIA, et al.,**  )<br>)<br>**Defendants.**  )<br>_____ ) | **Civil Action No. 05-cv-1733 (HHK)** |

## PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT

COMES NOW, the Plaintiffs, by and through their attorneys, Tilman L. Gerald, Esquire and James E. Brown & Associates, PLLC and pursuant to Local Rule 7.1 and Rule 56 of the Federal Rules of Civil Procedure, respectfully moves this Honorable Court for entry of summary judgment against the Defendants, jointly and severally, for the reasons that are more specifically set forth in the attached Memorandum of Points and Authorities filed contemporaneously herewith and incorporated herein by reference as though set forth in its entirety.

Wherefore, these premises considered, Plaintiffs respectfully pray that this Honorable Court grant their motion and provide, if this Honorable Court deems it necessary, an opportunity to present oral argument.

Respectfully submitted,

/s/_____
Tilman L. Gerald
Unified Bar No. 928796
James E. Brown & Associates, PLLC
1220 L Street, NW, Suite 700
Washington, D.C. 20005
*Attorneys for Plaintiffs*

Case 1:05-cv-01733-HHK    Document 9    Filed 06/14/2006    Page 2 of 2