IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ALABERTO CALTALAN et ux, | : | |
| Parents and next friends of E.C., a minor | : | |
| | : | |
| Plaintiffs | : | Civil Action No. 05-1733(HHK) |
| | : | |
| v. | : | |
| | : | |
| DISTRICT OF COLUMBIA, et al., | : | |
| | : | |
| Defendants | : | |
| | : | |
| _____ | : | |

**PLAINTIFFS' SUPPLEMENTAL STATEMENT OF MATERIAL FACTS AS TO WHICH THERE IS NO DISPUTE**

In addition to the Plaintiff's Statement of Material Facts submitted in its Motion for Summary Judgment on June 14, 2006, the Plaintiff respectfully submits as follows:

1. That in the June 2004 IEP, E.C.'s present educational performance levels in speech and language noted his strength as the ability to "identify category pi[ctures]; follows one step commands. Has concept of one, big/small, wet/dry. Express language: echolalia. Uses two words phrases occasionally/uses one word to communicate, counts to 10. Uses negations. Feeding/oral motors [ok]." R. at 46.

2. That his weaknesses were described as: "limited exposure language (uses) one word to communicate with occasionally use of two words and comprehension of only one step commands limits ability to follow directions in class and cannot share ideas or communicate to teachers and peers." R. at 46.

3. That E.C.'s IEP indicated the following goals:

    A. [E.C] will use 2 word combinations to communicate; criteria is MLV 2.0.

    B. [E.C.] will use noun + verb + qualifier sentences in structured situations to describe pictures

    C. [E.C] will diminish echolalic behavior as per teacher/mother report;

    D. [E.C] will follow 2 step unrelated directions with 80% accuracy in 8/10 trials;

    E. [E.C] will follow 2 step related directions with 80% accuracy in 8/10 trials;

    F. [E.C.] will comprehend and respond to a) yes/no questions; b) who; c) what; and d) where;

    G. [E.C.] will comprehend descriptive concepts(size, color, etc) 10 new concepts;

    H. [E.C] will reduce nasal resonance through improved velophanngical(sp) closure: a) blowing exercises; b)imitate words without nasalizing non-nasal sounds;

    I. [E.C.] will spontaneously change rate, intonation and intensity when naming words: (a) with SLP support (visual); (b) without SLP support;

    J. [E.C.] will produce the sounds: lgl, ldl, and /f/ in words at the initial and medial portion with 80% accuracy. R.at 49-51.

 4. That the November 4, 2004 session Ms. Barerra noted that E.C. could produce two word utterances. R. at 85.

5. That the December 2004 Speech and Language evaluation noted that while E.C. could identify body parts, recognize actions in picture, follow two-step commands, he had difficulty understanding pronouns, part-whole relationships, simple descriptive concepts and the concept of "more". R. at 79.

6. That he also "had difficulty combining 3-4 words in spontaneous speech, using various word combinations, using more than verbs. He also had difficulty answering 'what' and 'where' questions and using possessive forms." R. at 79.

7. That at the June 20, 2005 hearing, Ms. Barrera testified that E.C. could speak in sentences two to four words long. R. at 130.

8. That at the June 20, 2005 hearing Ms. Barrera offered no other testimony to support her opinion that E.C. had "made great progress". R.at 130.

9. That Ms. Barrera testified that any majors gaps or interruptions of services were not due to her. R.at 129.

10. That Ms. Barrera was absent on December 14, 2004, January 9, 2005, January 6, 2005, January 11, 2005, February 22, 2005, March 1, 2005, May 3, 2005, May 10, 2005, May 12, 2005 and June 2, 2005. R.at 85-104.

11. That the following goals were never addressed in the Encounter Tracking Forms:

    a. [E.C] will diminish echolalic behavior as per teacher/mother report;

    b. [E.C] will reduce nasal resonance through improved velophanngical(sp) closure: a) blowing exercises; b)imitate words without nasalizing non-nasal sounds;

    c.    [E.C.] will spontaneously change rate, intonation and intensity when naming words: (a) with SLP support (visual); (b) without SLP support;

    d.    [E.C.] will produce the sounds: lgl, ldl, and /f/ in words at the initial and medial portion with 80% accuracy.  R.at 81-84.

Respectfully Submitted,

        /s/
Tilman L. Gerald, Bar No. 28796
James E. Brown &Associates, PLLC
1220 L Street, N.W., Suite 700
Washington, D.C. 20005
(202)742-2000
***Attorney for Plaintiffs***