UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ALABERTO CATALAN, et al.,** Parents and next friends of E.C., a minor,<br>    **Plaintiffs,**<br><br>    v.<br><br>**DISTRICT OF COLUMBIA, et al.,**<br><br>    **Defendants.** | Civil Action 05-1733 (HHK) |

**JUDGMENT**

  For the reasons set forth in the court's memorandum opinion docketed this same day, it is this 22nd day of March, 2007, hereby

  **ORDERED** that judgment is entered in favor of defendants.

                Henry H. Kennedy, Jr.
                United States District Judge