IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALABERTO CALTALAN et ux, <br> Parents and next friends of E.C., a minor <br> <br> Plaintiffs <br> <br> v. <br> <br> DISTRICT OF COLUMBIA, et al., <br> <br> Defendants | Civil Action No. 05-1733(HHK) |

## NOTICE OF APPEAL

Notice is hereby given this 20th day of April, 2007 that Alaberto Catalan, et ux, Parents and next friends of E.C., a minor, hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from the final judgment issued pursuant to United States Court Judge Henry H. Kennedy's Opinion and Order entered in the captioned cause on the 22nd day of March, 2007 in favor of the District of Columbia against said Plaintiffs.

Respectfully Submitted,

Tilman L. Gerald, [928796]
Roxanne D. Neloms [478157]
James E. Brown &Associates, PLLC
1220 L Street, N.W., Suite 700
Washington, D.C. 20005
(202)742-2000
*Attorney for Plaintiffs*

RECEIVED
APR 20 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Notice of Appeal was served upon:

Maria Merkowitz
Office of the Attorney General for the District of Columbia
441 4th Street NW 6th Floor South
Washington, DC 20001
Counsel for the Defendant

By first class mail, postage prepaid this 20th day of April 2007.

_____
Tilman L. Gerald