# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 07-7070**               **September Term, 2007**

05cv01733

**Filed On: September 11, 2007**

[1066022]
E. C., a minor, by his parents and next friends,
Adalberto Catalan and Patricia Catalan, et al.,
       Appellants

v.

District of Columbia and Clifford B. Janey, Dr., in his
official capacity as Superintendent of D.C. Public
Schools,
       Appellees

**MANDATE**
Pursuant to the provisions of Fed. R. App. Pro. 41(a)

ISSUED: 10, 23, 07
BY:
ATTACHED: __ Amending Order
__ Opinion
__ Order on Costs

**BEFORE:** Henderson, Griffith, and Kavanaugh, Circuit Judges

## ORDER

Upon consideration of the motion for summary affirmance and the response thereto, it is

**ORDERED** that the motion be granted. The merits of the parties' positions are so clear as to warrant summary action. See <u>Taxpayers Watchdog, Inc. v. Stanley</u>, 819 F.2d 294, 297 (D.C. Cir. 1987) (per curiam). Appellants cannot prevail on their claim that appellees violated the Individuals with Disabilities Education Act by modifying appellant E.C.'s individualized educational program without notice or consultation, because they have not demonstrated that appellees' actions impaired E.C.'s right to a free appropriate public education. See <u>Kingsmore v. Dist. of Columbia</u>, 466 F.3d 118, 119 (D.C. Cir. 2006) (per curiam).

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc. See Fed. R. App. P. 41(b); D.C. Cir. Rule 41.

**Per Curiam**

A True Copy:

United States Court of Appeals
for the District of Columbia Circuit

By: _____ Deputy Clerk